Attachment I

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ROBERT J. KEENAN
Acting Deputy Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

BRITTANY E. BENNETT
JAMES T. TUCKER
Trial Attorneys, Voting Section
Civil Rights Division

United States Department of Justice
Civil Rights Division
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
(202) 704-5430
brittany.bennett@usdoj.gov