# Exhibit B

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>DR. DALE G. CALDWELL, in his official capacity as Lieutenant Governor and Secretary of State for the State of New Jersey,<br><br>*Defendant*. | Case No. 3:26-cv-2025 (ZNQ-JTQ) |

**DECLARATION OF JESSICA BURNS IN SUPPORT OF MOTION TO INTERVENE**

I, Jessica Burns, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge.

1. I have personal knowledge of the matters in this declaration, and this is what I would testify to if called as a witness in Court.

2. I am over eighteen years of age and am otherwise competent to testify.

3. I am a resident of and registered voter in Monmouth County, New Jersey.

4. I am the Executive Director of the League of Women Voters of New Jersey ("LWVNJ"). I have held this position since 2016.

5. LWVNJ is a nonpartisan statewide non-profit organization that was founded in Newark in April 1920. LWVNJ, currently headquartered in Trenton, includes independently incorporated 501(c)(3) and 501(c)(4) organizations and is a state affiliate of the League of Women Voters.

6. LWVNJ and its members are dedicated to helping the people of New Jersey exercise their right to vote as protected by the law. LWVNJ encourages informed and active participation in government, works to increase understanding of major public policy issues, and seeks to influence public policy through education and advocacy. LWVNJ is a predominantly volunteer organization and has 29 member chapters around the state.

7. LWVNJ has approximately 1,634 individual members who are registered voters and regularly vote in state and federal elections. LWVNJ has active members in nearly every county in New Jersey.

8. LWVNJ's mission is to empower voters and defend democracy, including through voter registration, education, and get-out-the-vote efforts. During every election cycle, LWVNJ conducts voter-registration drives, historically staffs nonpartisan voter-registration tables at naturalization ceremonies, educates incarcerated and formerly incarcerated individuals about their voting

rights, and works with local high schools and universities to register young voters. It also maintains an online database called VOTE411, a nonpartisan and free digital voter resource with information available in both English and Spanish, including registration information, voter guides, mail-in ballot information, candidate information, polling rules and locations.

9. These voter engagement efforts can be successful only if eligible New Jerseyans trust that they will not sacrifice their privacy by providing their personal information to the State through the registration process and they will not be improperly disenfranchised. Our work to educate, assist, and empower voters is significantly impaired when voters are fearful about exercising their rights.

10. LWVNJ has members who are naturalized citizens, who have recently moved within or to New Jersey, who have been involved in the criminal legal system, or who have other traits that put them at risk of baseless challenges to their eligibility to vote by mail or to vote at all. These members, and indeed all LWVNJ members, have reason to fear violations of their privacy if the United States gets the sensitive data it seeks through this litigation.

11. LWVNJ's membership rolls also include individuals who have experienced domestic violence, stalking, or sexual assault and their immediate family members; reproductive health service patients and providers; individuals covered by Daniel's Law, such as active or retired judges, prosecutors, law

enforcement officers, child protective investigators, and the immediate family members living in the same household as these covered individuals; and other New Jerseyans who have a heightened need for and right to privacy as to their personal information.

12. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 4, 2026 in Monmouth County, New Jersey.

Jesse Burns

Jessica Burns