# Exhibit C

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>DR. DALE G. CALDWELL, in his official capacity as Lieutenant Governor and Secretary of State for the State of New Jersey,<br><br>*Defendant*. | Case No. 3:26-cv-2025 (ZNQ-JTQ) |

**<u>DECLARATION OF JAVIER ROBLES IN SUPPORT OF MOTION TO INTERVENE</u>**

I, Javier Robles, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge.

1. I have personal knowledge of the matters in this declaration, and this is what I would testify to if called as a witness in Court.

2. I am over eighteen years of age and am otherwise competent to testify.

3. I am a resident of and registered voter in Middlesex County, New Jersey.

4. I am the President of the Latino Action Network (LAN).

5. LAN is a grassroots statewide membership organization based in Freehold, New Jersey, committed to engaging in collective action at the local, state, and national level to advance the equitable inclusion of diverse Latino communities in all aspects of American society. LAN works to advance policies that promote equity, justice, and opportunity for the Latino community in areas of education, immigration, criminal justice reform, voting rights, and more.

6. LAN has approximately 2500 individual members in New Jersey, many of whom are registered voters and regularly vote in state and federal elections. LAN has active members in nearly every county in New Jersey.

7. LAN is committed to civic education and engagement and regularly conducts nonpartisan voter outreach and "get out the vote" initiatives; hosts webinars, conferences, and roundtables to strengthen civic awareness; circulates resources on a range of topics including voting rights; meets regularly with state lawmakers to shape policy; and engages in legislative advocacy to champion the interests of LAN members.

8. Many of LAN's members are naturalized citizens. LAN members also include individuals who have recently moved within or to New Jersey, who have indictable offense convictions, or who have other traits that put them at risk of baseless challenges to their eligibility to vote. These members, and all LAN

members, have reason to fear unwarranted disenfranchisement and privacy intrusions if the United States gets the sensitive data it seeks through this litigation.

9. LAN's membership rolls also include individuals who have experienced domestic violence, stalking, or sexual assault and their immediate family members, many of whom receive services from the Hispanic Women's Resource Center run by the Latino Action Network Foundation, a 501(c)(3) organization that operates in partnership with LAN. In addition, LAN's membership rolls include reproductive health service patients and providers; individuals covered by Daniel's Law, such as active or retired judges, prosecutors, law enforcement officers, child protective investigators, and the immediate family members living in the same household as these covered individuals; and other New Jerseyans who have a heightened need for and right to privacy as to their personal information.

10. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2026 in Middlesex County, New Jersey.

Javier Robles