# Exhibit D

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>DR. DALE G. CALDWELL, in his official capacity as Lieutenant Governor and Secretary of State for the State of New Jersey,<br><br>*Defendant*. | Case No. 3:26-cv-2025 (ZNQ-JTQ) |

**DECLARATION OF MAUNGSAI SOMBOON IN SUPPORT OF MOTION TO INTERVENE**

I, Maungsai Somboon, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge.

1. I have personal knowledge of the matters in this declaration, and this is what I would testify to if called as a witness in Court.

2. I am over eighteen years of age and am otherwise competent to testify.

3. I am a resident of and registered voter in Hudson County, New Jersey.

4. I am the Associate Director of College Counseling at an independent school in New York City and a teaching fellow at the Harvard Graduate School of

Education, where I earned my master's degree in education. I also hold a bachelor's degree from Franklin & Marshall College and Master of Fine Arts degree from the Ohio State University.

5. I previously served on the alumni board of Franklin & Marshall College and on the board of the Thai Theater foundation.

6. I am a naturalized citizen of the United States. I became a citizen in 2021. I pursued my citizenship because I wanted the right to vote for my elected representatives.

7. I do my best to participate in every single election. I vote at all levels, from local contests to presidential races.

8. I was born in Saudi Arabia to Thai parents. At the time, my father worked as a civil engineer for the United Nations. My family moved back to Thailand in 1992, where I attended an international school and learned about the U.S. political system. That education inspired me, and I dreamed about pursuing a life in the U.S. In 2000, I moved to the U.S. to attend college and have lived here ever since.

9. I have read public reporting about how the current presidential administration is exploring efforts to strip naturalized Americans of their citizenship. I am worried that it may pursue this project with the aim of reshaping the electorate and preventing people like me from voting.

10. When I learned that the Department of Justice requested sensitive voter records from New Jersey, I began to worry about how it could abuse this information. I believe that naturalized citizens like me may be targeted for false claims about illegal voting, which could lead to unwarranted challenges or purges from the voter rolls.

11. I am also worried about how the federal government will handle my private information. For example, I'm concerned that it might fail to put proper security measures in place to prevent data breaches or purposefully share it with individuals or groups who would misuse it.

12. As a naturalized citizen, my right to vote is especially meaningful to me. Having grown up in two different countries abroad, I know that America's democracy is unique. It's why I chose to build my life here. I believe that the electoral process should be free, fair, and open to all eligible voters.

13. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2026 in Hudson County, New Jersey.

____________________________

Maungsai Somboon