AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:26-cv-02025-ZNQ-JTQ |
| DR. DALE G. CALDWELL | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Intervenors League of Women Voters of NJ, Latino Action Network, and Maungsai Somboon        .

Date:      03/06/2026

s/ Ezra D. Rosenberg
*Attorney's signature*

Ezra D. Rosenberg (012671974)
*Printed name and bar number*

570 Broad Street, 11th Floor
P.O. Box 32159
Newark, New Jersey 07102

*Address*

erosenberg@aclu-nj.org
*E-mail address*

(973) 854-1714
*Telephone number*

*FAX number*