**PEM LAW LLP**
Rajiv D. Parikh (NJ Bar # 032462005)
1 Boland Drive, Suite 101
West Orange, NJ 07052
T: (973) 577-5500
rparikh@pemlawfirm.com

**ELIAS LAW GROUP LLP**
Abha Khanna*
1700 Seventh Ave., Suite 2100
Seattle, WA 98101
T: (206) 656-0177
akhanna@elias.law

Omeed Alerasool (NJ Bar # 403712022)
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4490
oalerasool@elias.law

* *Pro hac vice* motion forthcoming

*Counsel for Proposed Intervenors Make the Road New Jersey, Jamie Y. Ding, and Danielle Litwak*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DALE G. CALDWELL, in his official capacity as LIEUTENANT GOVERNOR and SECRETARY OF STATE of NEW JERSEY,<br><br>Defendant. | Case No. 3:26-cv-2025-ZNQ-JTQ |

## NOTICE OF MOTION TO INTERVENE AS DEFENDANTS OF MAKE THE ROAD NEW JERSEY, JAMIE Y. DING, AND DANIELLE LITWAK

To the Clerk of Court and all parties and counsel of record (each of which has been served via email with this and the accompanying papers):

PLEASE TAKE NOTICE that Make the Road New Jersey, Jamie Y. Ding, and Danielle Litwak (together, "Proposed Intervenors"), through undersigned counsel, shall move before this Court, on a date and time to be designated by it, for an order permitting their intervention as defendants in this matter to defend their and their members' significant interests, which are otherwise inadequately represented.

A.  Proposed Intervenors are entitled to intervene in this case as a matter of right under Federal Rule of Civil Procedure 24(a)(2). This Motion is

timely. Proposed Intervenors have an interest in protecting their and their members' sensitive and personal information from improper disclosure to DOJ. And existing parties do not adequately represent Proposed Intervenors.

B. In the alternative, Proposed Intervenors request permissive intervention pursuant to Rule 24(b).

C. Moreover, pursuant to Rule 24(c), Proposed Intervenors file a Proposed Answer attached to this Motion as the requisite proposed pleading.[1]

D. Counsel for Proposed Intervenors conferred with Plaintiff's counsel and the New Jersey Office of the Attorney General ("NJOAG"). The United States and NJOAG take no position on this Motion.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, Proposed Intervenors rely on the supporting brief and the declarations of Rajiv D. Parikh, Nedia Morsy, Jamie Y. Ding, and Danielle Litwak filed herewith. A proposed order is also submitted herewith.

---

[1] Although Rule 24(c) requires a proposed Answer, *see Shipyard Assocs., L.P. v. City of Hoboken*, No. CIV.A. 14-1145 CCC, 2014 WL 6685467, at *1 n.3 (D.N.J. Nov. 26, 2014), Proposed Intervenors anticipate filing a Rule 12(b) motion within the time period prescribed by the Federal Rules of Civil Procedure or pursuant to any schedule set by this Court following a determination on this application to intervene.

**WHEREFORE**, Proposed Intervenors respectfully request that the Court grant them intervention in the above-captioned matter.

Respectfully submitted,
*s/ Rajiv D. Parikh*

**PEM LAW LLP**
Rajiv D. Parikh (NJ Bar # 032462005)
1 Boland Drive, Suite 101
West Orange, NJ 07052
T: (973) 577-5500
rparikh@pemlawfirm.com

Dated: March 6, 2026

**ELIAS LAW GROUP LLP**
Abha Khanna*
1700 Seventh Ave., Suite 2100
Seattle, WA 98101
T: (206) 656-0177
akhanna@elias.law

Omeed Alerasool (NJ Bar # 403712022)
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4490
oalerasool@elias.law

* *Pro hac vice* motion forthcoming

*Counsel for Proposed Intervenors*

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. All other counsel will be served in accordance with Federal Rule of Civil Procedure 5(a).

*s/ Rajiv D. Parikh*
Rajiv D. Parikh
