**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DALE G. CALDWELL, in his official capacity as LIEUTENANT GOVERNOR and SECRETARY OF STATE of NEW JERSEY,<br><br>Defendant. | Case No. 3:26-cv-2025-ZNQ-JTQ |

## DECLARATION OF NEDIA MORSY

I, Nedia Morsy, declare as follows:

1. I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I submit this declaration in support of the Motion to Intervene filed in the above-captioned case.

3. I am a resident of Elizabeth, and have been a registered New Jersey voter since 2012.

4. I am the Director of Make the Road New Jersey ("MRNJ"), a position in which I have served since February of 2025. As Director, I oversee MRNJ's day-to-day activities and set the organization's priorities.

5. Founded in 2014, MRNJ is a project of Make the Road States, a 501(c)(3) not-for-profit organization, with sister organizations in Connecticut, Nevada, New York, and Pennsylvania.

6. MRNJ's mission is to build the power of immigrant, working-class and Latinx communities and to help those communities achieve dignity and respect through community organizing, high-quality legal services, policy innovation, and transformative education.

7. MRNJ has led successful campaigns to impact more than 1 million low-income and immigrant New Jerseyans in the areas of immigrant, youth, tenant, and workers' rights. Our legal services, health outreach and educational programming have reached more than 100,000 people with critical, life sustaining services, information about their rights, and transformational education. MRNJ operates community centers in Elizabeth, Perth Amboy, and Passaic as welcoming spaces for community organizing, leadership development, as well as legal, health and educational services.

8. MRNJ represents approximately 6,500 members across the state of New Jersey. The communities that we serve include thousands of naturalized citizens.

9. Promoting nonpartisan civic engagement and ensuring our communities are able to participate in the political process is core to our mission.

We answer questions about the registration and voting process. Our goal is to increase nonpartisan civic engagement across the state of New Jersey.

10. By educating eligible voters in our communities, we help ensure more people are able to exercise their rights.

11. Correspondingly, MRNJ opposes any developments that make it harder for anyone—and in particular, members of its communities—to register to vote, to cast their ballot, and to have their ballot counted.

12. I understand that the Department of Justice has recently sued New Jersey and our Secretary of State and Lieutenant Governor in order to obtain complete, unredacted voter registration history of all voters in the state, including their driver's license numbers, partial social security numbers, and dates of birth. If the Department of Justice is successful in obtaining this information, I am concerned it will harm MRNJ's members as well as our organization's nonpartisan civic engagement work.

13. The Department of Justice's efforts to obtain New Jersey's complete, statewide voter registration list—and all the sensitive, personal information contained within it—represents an alarming overreach by the federal government, one that threatens to disenfranchise and deter members of our communities, including MRNJ's members, from civic participation.

14. In particular, I and our members are concerned that the federal government may attempt to use this information to weaponize the voter registration process, as well as threaten our members and constituents with denaturalization.

15. We are concerned about the lack of privacy protections and confidentiality safeguards that are in place for this personal data. And once this information is released, the harm is done—that information cannot be returned.

16. Thousands of naturalized citizens in New Jersey—including MRNJ's members—lawfully registered to vote after attaining citizenship. But naturalized citizens in our community have felt targeted with public scrutiny and even violence in recent years. To be targeted again now by the federal government for disenfranchisement is yet another form of intimidation operating to disenfranchise naturalized-citizen voters.

17. We are concerned that this effort is intended to diminish the electoral power of naturalized citizens and render their citizenship less secure. For example, in January 2025, President Trump issued an executive order aimed at denying birthright citizenship. In June 2025, the DOJ made the denaturalization of U.S. citizens a top enforcement priority, encouraging prosecutors to seek denaturalization on wide-ranging grounds. In late August, the U.S. Citizenship and Immigration Services ("USCIS") banned nongovernmental organizations from providing voter registration assistance to new citizens at naturalization ceremonies. In December

2025, dozens of people who had already satisfied the requirements for citizenship were pulled from the line at their naturalization ceremonies in cities across the country and informed by USCIS that they were no longer eligible, and USCIS further issued guidance to its field offices demanding that they generate 100 to 200 new denaturalization cases a month. We are extremely concerned that DOJ's lawsuit here is part and parcel to the federal government's efforts to target naturalized citizens.

18. If the Department of Justice is successful in obtaining the voter information that it seeks here—the unredacted voter registration history of all voters in the state, including driver's license numbers, partial social security numbers, and dates of birth—thousands of MRNJ members will be harmed.

19. I expect that some of the members that we seek to enfranchise and mobilize, and especially those who are naturalized citizens, may opt out of registering and voting if they know that the federal government may scrutinize their rights to civic participation. I worry that the threat of disclosure will deter qualified voters in the often-marginalized communities we serve from registering to vote in New Jersey and engaging in the political process more broadly. Our membership and constituency are disproportionately comprised of naturalized citizens, first-generation immigrants, and people whose families include immigrants. This community is deeply concerned about the risks they face from the federal government's recent hostile actions towards immigrants and immigrant

communities, such that qualified citizens in these communities are likely to be hesitant to register to vote and to engage with the democratic process if they fear that their personal information will be handed over directly to the federal government. These individuals may be concerned about scrutiny or retaliation not only towards themselves but also family and community members who are not citizens. The federal government's demand for New Jersey's complete voter registration list is likely to sow distrust of voting in these communities, frustrating a key part of MRNJ's work engaging voters.

20. This disengagement in our communities, in turn, impedes MRNJ from accomplishing our mission.

21. Voter intimidation is a form of disenfranchisement, and when eligible voters are disenfranchised, the legitimacy of our democratic institutions is harmed. Subsequently, the public's trust in our elections is damaged. Naturalized citizens are citizens, and it is imperative that our government ensure their rights are protected, for the sake of those citizens but also in order to protect American democracy.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 3/6/2026

______________________________
Nedia Morsy,
Director, Make the Road New Jersey