**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 3:26-cv-2025-ZNQ-JTQ |
| DALE G. CALDWELL, in his official capacity as LIEUTENANT GOVERNOR and SECRETARY OF STATE of NEW JERSEY, | |
| Defendant. | |

**DECLARATION OF JAMIE Y. DING**

I, Jamie Y. Ding, declare as follows:

1.      I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2.      I submit this declaration in support of the Motion to Intervene filed in the above-captioned case.

3.      I am a naturalized citizen and obtained my citizenship in 2007. I have been a New Jersey resident for 10 years and have lived in Lawrence Township since 2022. I attended Princeton University for my undergraduate studies and am currently a law student at Seton Hall University Law School.

1

4.      I have been a registered New Jersey voter since around 2017 and I consistently vote in both primary and general elections in New Jersey.

5.      I am a Program Administrator at the New Jersey Housing and Mortgage Finance Agency. I previously worked for the city of Jersey City in its Division of Community Development. I have worked in government and public service for most of my career, including in roles such as a workforce investment analyst for Americorps and as a field organizer for Enroll America, helping implement the Affordable Care Act in southeast Michigan.

6.      I am also politically active. I was on the county committee of the Mercer County Democratic Party, and I was a member of a training program for young progressives called the New Jersey Leadership Collective. I go to political events and donate to causes I care about. I express my political views openly. I am a Democrat and have been outspoken in criticizing this administration when I disagree with its stances.

7.      I understand that the U.S. Department of Justice recently sued Secretary of State Dale Caldwell and the State of New Jersey to seek the complete, unredacted voter registration database of all voters in New Jersey, including their driver's license numbers, partial social security numbers, and dates of birth.

8.      I value privacy. If I want to share something with the world, I want to be able to do that without fear of retribution. I am concerned that with access to this

voter data, the federal government could retaliate against people who disagree with or speak out against it.

9.  I am a close observer of the news and political affairs and I have grave misgivings about the actions of the current administration and, consequently, what they may do with sensitive information contained within voter registration files. Individuals in or aligned with the federal government have demonstrated a willingness to retaliate against people based on their political views. I fear that if they gain access to confidential information contained in voter registration files, they will misuse that information and target perceived enemies.

10.  I have also seen reports of this administration misusing and mishandling sensitive and confidential information and I fear that similar things may happen to my voter data it is demanding if it obtains it. I am concerned about irresponsible use of this data or disclosure to the Department of Government Efficiency, and I am particularly concerned that the government may input the information into AI programs or tools. Though I have not been the victim of identity theft, I am concerned about it, and I do not want my private information to be shared against my will.

11.  It is my strong view that voter privacy is vital to maintain a healthy democracy and strong civic engagement. For voters to confidently participate in the electoral process, they must rest assured that personal identifying information that

3

they give to election officials to register to vote will not be used for unauthorized purposes. As a government employee, it is important to me that New Jerseyans express their views through the democratic process, and I fear that knowing that the federal government may gain access to this data may make people less willing to register and vote.

12. Giving this data to the federal government also has a chilling effect on my own desire to participate in the political process and in civic activism. I am gravely concerned about the government's misuse of the data or its use of the data to retaliate against me or others that take political positions that the federal government disagrees with. I would be more concerned about participating in future political activities if the federal government obtains this data.

13. I am particularly concerned about the most vulnerable communities in New Jersey, including the immigrant community, especially because New Jersey has a large immigrant population. I believe this administration views immigrants—including naturalized citizens like me—with disdain and distrust. I am concerned that the Department of Justice may try to use this information to target naturalized citizens like me and to attempt to remove us from the voter rolls. I think there is a real danger that the federal government will weaponize this information against individuals.

4

5

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct.

3/5/2026

Executed on: _____

_____

Jamie Y. Ding