**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DALE G. CALDWELL, in his official capacity as LIEUTENANT GOVERNOR and SECRETARY OF STATE of NEW JERSEY,<br><br>Defendant. | Case No. 3:26-cv-2025-ZNQ-JTQ |

**DECLARATION OF DANIELLE LITWAK**

I, Danielle Litwak, declare as follows:

1. I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I submit this declaration in support of the Motion to Intervene filed in the above-captioned case.

3. I am a registered voter in Jersey City, New Jersey.

4. I care deeply about protecting the fundamental right to vote and participating in democracy. When I was in law school, I was a regular volunteer with a non-partisan organization that hosted a voter protection hotline. As a volunteer, I regularly researched election laws and advised voters on what their rights were

leading up to and on election day. I worked closely with voters who called in to ensure that they knew what they had to do to cast a ballot, and how to make their voice heard on election day, including overcoming any barriers they might meet along the way.

5. Since law school, I have also sought out other pro bono opportunities in the election space to continue my work in this important area of the law.

6. I understand that the U.S. Department of Justice has recently sued New Jersey's Secretary of State to obtain the complete, unredacted voter registration database of all voters in the state, including their driver's license and state ID numbers, partial social security numbers, and dates of birth.

7. It is my strong view that voter privacy is vital to maintain a healthy democracy and strong civic engagement. For voters to confidently participate in the electoral process, they must be able to rely on the fact that personal identifying information that they give to election officials to register to vote will not be used for unauthorized purposes.

8. If the Department of Justice is successful in obtaining this information, it will harm me personally as a New Jersey voter who does not wish for her information to be disclosed to the federal government, particularly since New Jersey law is supposed to protect this data. New Jersey's commitment to the security and

privacy of this information gives me confidence as a voter that my confidential, personal information is secure.

9. But as far as I can tell, the Department of Justice is not seeking this information from New Jersey for any legitimate purpose. Rather, I fear that they are seeking this information to try to assert improper control over elections and to make voting harder or wrongfully call into question the right to vote for members of certain groups, including racial minorities and immigrant populations who are otherwise qualified to vote but have been particularly targeted by this administration.

10. I also fear that the Department of Justice and the current administration would misuse the sensitive information contained in my state's voter file to retaliate against perceived political enemies, which is especially daunting because I understand New Jersey's voter file to contain a voter's registered affiliation with a political party.

11. And I am concerned about the privacy of my own personal data as well. In the past, close family members have been victim to identity theft. As a result of such fraud, they were locked out of their financial accounts, and it was an administrative nightmare to untangle the mess that had been created by someone else having control over their personal information and data. This is just another reason why I am concerned about other people getting access to my personal data.

12. Finally, the actions that the Department of Justice has taken to compel the production of sensitive personal information for New Jersey voters like me do not give me confidence that the Department will respect federal or state privacy laws or be a reliable custodian of my personal information. If the Department of Justice can demand and obtain our private information from the state just because we are voters, it would potentially make me think twice about participating in future elections and may deter other qualified New Jerseyans from registering to vote.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 3/4/2026

Danielle Litwak

Danielle Litwak