# Exhibit [3]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>DR. DALE G. CALDWELL, in his official capacity as Lieutenant Governor and Secretary of State for the State of New Jersey,<br><br>*Defendant.* | Case No. 3:26-cv-2025 (ZNQ-JTQ) |

**DECLARATION OF GREGG L. ZEFF, ESQ. IN SUPPORT OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE NEW JERSEY STATE CONFERENCE (NAACP-NJ) MOTION TO INTERVENE AS DEFENDANT**

I, Gregg L. Zeff, Esq., hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge.

1. I have personal knowledge of the matters in this declaration, and this is what I would testify to if called as a witness in Court.

2. I am over eighteen years of age and am otherwise competent to testify.

3. I am the Legal Redress Chair of the National Association for the Advancement of Colored People New Jersey State Conference ("NAACP NJ").

4. I am a resident of and registered voter in Burlington County, New Jersey.

5. NAACP NJ is a nonpartisan 501(c)(3) that is headquartered in Trenton, New Jersey.

6. The NAACP NJ was founded in 1913 shortly after the founding of the national NAACP chapter, by pioneers of racial justice in New Jersey. Today, the NAACP NJ mission is to ensure the political, educational, social, and economic equality of rights of all persons and to eliminate race-based discrimination.

7. The NAACP NJ is a non-partisan organization in New Jersey that has 10,000 members across the state. In support of that mission, NJ NAACP promotes civic engagement and political participation of its members and their communities, including by providing education about voting options, engaging in get-out-the-vote-efforts, hosts candidate forums, and participates with other New Jersey organizations for election-related programming.

8. The NAACP NJ has a long history of members and constituents facing legal retaliation for their advocacy around civil rights and voting rights. Accordingly, the NAACP NJ has a proud tradition of fighting for and protecting its members, constituents, and the Black community at large from legal retaliation.

9. Since its founding, the NAACP NJ has worked to ensure the political, educational, social, and economic equality of all citizens and to achieve equality of rights and eliminate race prejudice among the citizens of New Jersey and the United States. We seek to remove all barriers of racial discrimination through democratic processes and support the enactment and enforcement of federal, state, and local laws securing civil rights.

10. Historically, the communities served by NAACP national and NAACP NJ, while eligible voters, have experienced heightened government scrutiny, surveillance, discrimination, and targeting, including through the criminal legal system and other enforcement systems. This has resulted in members of the NAACP NJ community and their families being cautious about how their personal information may be collected or used by government entities.

11. I understand that the Department of Justice has recently sued New Jersey to obtain complete, unredacted voter registration data of all voters in the state, including their driver's license numbers and partial social security

numbers. If the Department of Justice is successful in obtaining this information, it will harm NAACP NJ's mission and ability to successfully execute its programs. It risks the sharing of sensitive data of NAACP NJ members and constituents. Such efforts amount to government-sanctioned voter intimidation and voter disenfranchisement. This will deter NAACP NJ members from engaging in the political process for fear of government mishandling or weaponization of such data, including through improper removal of voters from the rolls, especially combined with the fact that the current administration has targeted people with whom it disagrees.

12. The current administration's efforts do not reflect good faith efforts to improve the electoral system or voter rolls. Rather, those efforts appear driven by a desire to misinformation and disinformation about voter fraud that does not exist, and to punish people who oppose the President's agenda. This notably includes NAACP NJ members.

13. The federal government's demand for New Jersey's complete voter registration list will likely cause more harm than good. It could deepen distrust of the electoral system, which further frustrates NAACP NJ's mission to make sure its members' and constituents' voices are heard at the ballot box. These concerns are especially notable for voters who are most skeptical of the electoral system and worried about improper government scrutiny, including younger voters,

voters who are naturalized citizens, first-generation voters, and voters who were formerly incarcerated.

14. I declare under penalty of perjury that the foregoing is true and correct. Executed on March 13, 2026 in Burlington County, New Jersey.

/s/ *Gregg L. Zeff, Esq.*
__________________________________
Gregg L. Zeff, Esq.
Legal Redress Chair