# Exhibit [4]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>DR. DALE G. CALDWELL, in his official capacity as Lieutenant Governor and Secretary of State for the State of New Jersey,<br><br>*Defendant.* | Case No. 3:26-cv-2025 (ZNQ-JTQ) |

**DECLARATION OF RACQUEL ROMANS-HENRY IN SUPPORT OF SALVATION AND SOCIAL JUSTICE'S MOTION TO INTERVENE AS DEFENDANT**

I, Racquel Romans-Henry, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge.

1. I have personal knowledge of the matters in this declaration, and this is what I would testify to if called as a witness in Court.

2. I am over eighteen years of age and am otherwise competent to testify.

3. I am the Director of Policy at Salvation and Social Justice (SandSJ), and I have served in this position since 2021.

4. I am a resident of and registered voter in Union County, New Jersey.

5. SandSJ is a nonpartisan 501(c)(3) headquartered in Trenton, New Jersey.

6. SandSJ was founded in 2018 as a Black-led, nonprofit organization focused on abolishing structural racism through public policy and advocacy in New Jersey. SandSJ is a non-partisan organization. We represent the needs and concerns of Black communities throughout the state that have been directly impacted by structurally racist policies and institutions. We work closely with and provide direct services to Black residents throughout the city of Trenton.

7. SandSJ's mission is to abolish structural racism and liberate public policy theologically by modeling and building the hope and resiliency of Black faith, where historically marginalized people move from lament to liberation by advocating, envisioning, and creating their own community-led solutions. We are a leading organization in New Jersey for restorative and racial justice issues.

8. Every year, SandSJ leads a campaign titled "Souls to the Polls,"- which includes civic education, voter registration and get-out the-vote efforts.

We also participate in deep canvassing efforts and faith leader training around voting. We also publish training materials and other public education tools/resources around voting and policy issues.

9. Historically and to date, Black and Brown communities have been systematically disenfranchised from the voting process in the United States. Black voter suppression across the country has taken on many forms: direct intimidation tactics, gerrymandering, voter identification laws, and more. SandSJ mobilizes resources and enables innovative ideas to support voter protections for Black citizens in New Jersey, despite attacks on the Voting Rights Act.

10. SandSJ leads both policy and advocacy initiatives and offers direct services including housing support, reentry support, youth services, mentorship, violence interruption, and crisis response. We work closely with Black faith leaders and directly impacted/marginalized communities, leveraging the influence of the Black church as a mobilizing tool for these communities to advocate for equitable and just public policy. We represent and are accountable to populations that have largely been disenfranchised by the state.

11. Providing voter rolls to the federal government would not only make the communities we serve more vulnerable to a hostile administration, but it will significantly impact the level of civic engagement in these communities as government distrust and fear of retribution/targeting heightens.

12. SandSJ is concerned that sharing New Jersey voter rolls carries a heightened risk of voter purge that will disproportionately target Black and immigrant voter populations. For example, citizenship checks by immigration enforcement officers could pose several dangers on our communities including to United States citizens.

13. Moreover, we are concerned about the absence of safeguards for data privacy protections, loss of state level protections, and the potential use of voter information to aid immigration enforcement through unconstitutional practices and violations. This could have a chilling impact on civic participation from voters who have lost confidence in the systems that are charged with protecting and upholding their constitutional rights and freedoms.

14. I declare under penalty of perjury that the foregoing is true and correct. Executed on March 13, 2026 in Union County, New Jersey.

Racquel Romans-Henry

Racquel Romans-Henry
Director of Policy at Salvation and Social Justice