# Exhibit [5]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br>v.<br>DR. DALE G. CALDWELL, in his official capacity as Lieutenant Governor and Secretary of State for the State of New Jersey,<br>*Defendant.* | Case No. 3:26-cv-2025 (ZNQ-JTQ) |

**DECLARATION OF AMBER REED IN SUPPORT OF ASIAN AMERICANS AND PACIFIC ISLANDERS OF NEW JERSEY'S MOTION TO INTERVENE AS DEFENDANT**

I, Amber Reed, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge.

1. I have personal knowledge of the matters in this declaration, and this is what I would testify to if called as a witness in Court.

2. I am over eighteen years of age and am otherwise competent to testify.

3. I am Co-Executive Director of Asian Americans and Pacific Islanders of New Jersey ("AAPI NJ"), and I have served in that position since May 2024.

4. I am a resident of and registered voter in Essex County, New Jersey.

5. AAPI NJ is a nonpartisan 501(c)(3) that is headquartered in Montclair, New Jersey.

6. AAPI NJ was founded in 2021 as a grassroots nonprofit organization in response to the rise in anti-Asian hate across the country, but in particular the spa shootings in Atlanta, Georgia. Today, AAPI NJ focuses on advocacy for educational equity and inclusion, language access, immigrant rights, ballot reform, government transparency, and voting rights, among other policies advancing the welfare of communities of color, and partners with state agencies to help them better understand and serve AAPI communities.

7. The mission of AAPI NJ is to champion the well-being, rights, representation, histories, and cultures of New Jersey's 1+ million Asian Americans, Native Hawaiians, and Pacific Islanders (AANHPIs). Voting is foundational to building the power for AAPIs in NJ that AAPI NJ believes is essential to securing the rights and resources these communities deserve. A threat

to the security of voter data is also a threat to the progress for AAPI communities that AAPI NJ works to further every day.

8. AAPI NJ's programming draws an estimated 10,000 participants annually and their channels reach about the same number of people.

9. Historically, the communities served by AAPI-serving national organizations and AAPI NJ, while eligible voters, have experienced heightened government scrutiny, surveillance, discrimination, and targeting, including through the criminal legal system and other enforcement systems. Members of AAPI communities have also experienced increased violence and discrimination by society. The combination of these factors has resulted in members of AAPI communities and their families being cautious about how their personal information may be collected or used by government entities.

10. In 2022, AAPI NJ launched its first nonpartisan Get Out the Vote effort to uplift New Jersey's AAPI population who have historically not been given language access and other tools to make voting more accessible.

11. The work performed by AAPI NJ relies heavily on areas with high AAPI populations, including Bergen, Middlesex, Hudson, and Passaic Counties. AAPI NJ conducts the largest nonpartisan get-out-the-vote ("GOTV") effort for AAPIs in New Jersey every primary and general election cycle, through phone and text-banking, mailers, door-knocking, and social media outreach.

12. Additionally, AAPI NJ registers AAPI voters at community events and subgrants to local AAPI-serving organizations so that they can do their own voter registration drives and GOTV events. Voter education efforts include candidate questionnaires, candidate forums, and information on voting rights (particularly related to section 203 & 208 of the federal Voting Rights Act).

13. AAPI NJ also conducts a multilingual exit poll and voter protection effort in their target geographies on Election Day in addition to participating in New Jersey's election protection table. During and between elections, AAPI NJ works to address barriers to voting encountered by AAPIs with election administrators.

14. On the policy side, AAPI NJ advocates for voting rights issues in the State Legislature including the New Jersey Voting Rights Act, same-day voter registration, and other pro-democracy reforms.

15. Asian Americans already vote at a rate approximately one-third lower than the general population. Turning over personal data to the same federal bureaucracy that is terrorizing AAPI communities right now through immigration enforcement would have a chilling effect on AAPI NJ's ability to register AAPI voters. One-third of Asian American, Native Hawaiian, and Pacific Islander voters have limited English proficiency, which could jeopardize their ability to respond to any notices or documentation requests that are issued

as a result of this data-sharing, and many live in multigenerational households with family members with different immigration statuses.

16. Finally, many AANHPIs share common last names and could be easily confused with non-voters when data sets are hastily compared, or have names that may have been transliterated into English in ways that are inconsistent over time or on different lists. AANHPIs also represent the largest share of naturalized citizens and could find it challenging to produce the necessary documentation if the voter rolls are challenged.

17. I declare under penalty of perjury that the foregoing is true and correct. Executed on March 12, 2026 in Essex County, New Jersey.

Amber Reed

Amber Reed, Co-Executive Director of Asian Americans and Pacific Islanders of New Jersey