# Exhibit [6]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>DR. DALE G. CALDWELL, in his official capacity as Lieutenant Governor and Secretary of State for the State of New Jersey,<br><br>*Defendant.* | Case No. 3:26-cv-2025 (ZNQ-JTQ) |

**DECLARATION OF EDWIN ORTIZ, EXECUTIVE DIRECTOR AND CO-FOUNDER OF RETURNING CITIZENS SUPPORT GROUP, IN SUPPORT OF MOTION TO INTERVENE**

I, Edwin Ortiz, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge.

1. I have personal knowledge of the matters in this declaration, and this is what I would testify to if called as a witness in Court.

2. I am over eighteen years of age and am otherwise competent to testify.

3. I am a resident of and registered voter in Essex County, New Jersey.

4. I am the Executive Director and Co-founder of the Returning Citizens Support Group ("RCSG"). I have held this position since 2017.

5. RCSG is a Newark-based organization founded in 2017 to provide community-based support for systems-impacted individuals, often referred to as returning citizens, and their families. The organization was formally established as a 501(c)(3) nonprofit in 2021 and expanded its advocacy capacity in 2026 with the creation of a 501(c)(4).

6. RCSG serves predominantly Black and Latina/o communities in Newark and surrounding areas, many of whom have been disproportionately impacted by mass incarceration and other systemic barriers. Since its inception, RCSG has supported more than 3,000 community members, including returning citizens and their families, with approximately 500 served in 2025 alone.

7. A central part of RCSG's work involves helping individuals obtain critical identification documents, secure housing and employment, and navigate complex bureaucratic systems. These services are essential to helping returning citizens stabilize their lives and participate fully in their communities

8. Many of the individuals RCSG serves are eligible voters or newly eligible voters who are rebuilding their lives after incarceration and seeking to reengage with civic life. RCSG regularly works with community members who

must obtain identification documents and updated records in order to access basic services and participate in civic processes.

9. The communities we serve have historically experienced heightened government scrutiny, surveillance, and discrimination, including through the criminal legal system and other enforcement systems. As a result, many returning citizens and their families are understandably cautious about how their personal information may be collected or used by government entities.

10. The federal government's demand for unredacted voter file information containing sensitive personal data about voters raises serious concerns for the communities RCSG serves.

11. Since many returning citizens and their family members already fear that their personal information may be used against them because of their prior involvement with the criminal legal system or their interactions with government agencies, the sharing of detailed voter information with the federal government could further reinforce those fears.

12. Returning citizens often work hard to rebuild stability and trust in institutions after incarceration. Policies that expose sensitive voter data to additional government review risk undermining that progress by creating fear that registering to vote or maintaining voter registration could subject individuals' personal information to federal scrutiny, investigation, or misuse.

13. If vulnerable individuals believe that participating in the electoral process could expose them to additional government attention, some may choose not to register or vote at all. This chilling effect would discourage lawful civic participation and undermine efforts to reintegrate returning citizens as active members of their communities.

14. I declare under penalty of perjury that the foregoing is true and correct. Executed on March 9, 2026 in Essex County, New Jersey.

Edwin Ortiz, Executive Director and Co-Founder
Returning Citizens Support Group