# Exhibit [7]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>DR. DALE G. CALDWELL, in his official capacity as Lieutenant Governor and Secretary of State for the State of New Jersey,<br><br>*Defendant.* | Case No. 3:26-cv-2025 (ZNQ-JTQ) |

**DECLARATION OF CAROLYN V. CHANG, ESQ., PAST PRESIDENT AND CHAIR OF THE SOCIAL JUSTICE COMMITTEE OF THE ASSOCIATION OF BLACK WOMEN LAWYERS OF NEW JERSEY, IN SUPPORT OF MOTION TO INTERVENE**

I, Carolyn Chang, Esq., declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge.

1. I have personal knowledge of the matters in this declaration, and this is what I would testify to if called as a witness in Court.

2. I am over eighteen years of age and am otherwise competent to testify.

3. I am a resident of and registered voter in Burlington County, New Jersey.

4. I am the past President and current Chair of the Social Justice Committee of the Association of Black Women Lawyers of New Jersey ("ABWL-NJ"). I was President of ABWL-NJ from 2017-2018 and have held the position of Chair of the Social Justice Committee since 2018.

5. ABWL-NJ is the oldest women's bar association in New Jersey. A non-partisan, non-profit organization founded in 1975 and based in Trenton to meet the needs of Black women and students in the practice of law, ABWL-NJ has been serving Black women, their families, and the New Jersey community-at-large through advocacy, public education, facilitation of forums and workshops, grassroots outreach, and strengthening opportunities to support the guiding democratic principles of equal justice for all.

6. ABWL-NJ serves predominantly Black women and communities across the state, including immigrants, many of whom have been disproportionately impacted by racial discrimination and systemic barriers. In 2025, ABWL-NJ had approximately 98 members who represented and served all areas of New Jersey.

7. ABWL-NJ's mission, to meet the needs of Black women in New Jersey, includes by empowering these individuals and their communities within the democratic process. ABWL-NJ encourages its members and the Black communities they serve to be civically engaged, including by holding voter

registration events at community centers and churches, providing voter education on vote-by-mail and voting deadlines, engaging individuals and communities during the voting process, and collaborating with other organizations to hold conversations with candidates from all political parties.

8. Many, if not most, of the members of ABWL-NJ are eligible voters and exercise their right to vote. Members also regularly work with community members who are eligible to vote and need help navigating the voting process.

9. The communities served by members of ABWL-NJ have historically experienced heightened government scrutiny, surveillance, discrimination, and targeting, including through the criminal legal system and other enforcement systems. As a result, many New Jersey Black women, their families, and the communities they come from are understandably cautious about how their personal information may be collected or used by government entities. Many of them have expressed that they would not want to release their personal information to any entity at all.

10. ABWL-NJ and its members also work to protect Black and Brown immigrants and immigrant communities. There is currently a great and understandable fear among these immigrant communities of what the federal government might do after collecting their information, including sensitive voter information.

11. Allowing the federal government's blanket demand for unredacted voter file information containing sensitive personal data about voters would thus raise serious concerns for ABWL-NJ's members and the communities those members serve, and have a chilling effect on their civic participation. Many eligible voters within these communities may be discouraged from registering to vote and those who are already registered, especially from immigrant backgrounds, may be too afraid of being targeted to exercise their right to vote.

12. For these reasons, protecting the privacy of voter registration information is important to ABWL-NJ and crucial to the work it does to empower, educate, and engage Black women and the communities they come from in civic engagement and the democratic process.

13. I declare under penalty of perjury that the foregoing is true and correct. Executed on March 12, 2026 in Burlington County, New Jersey.

Carolyn V. Chang, Esquire

Carolyn V. Chang, Esq., Chair, Social Justice Committee
Association of Black Women Lawyers of New Jersey

Sworn to and subscribed
before me this 12th day
of March ,2026
by Carolyn V. Chang, Esquire

El-Rhonda Williams Alston, ESQ.
Notary Public of the
State of New Jersey

El-Rhonda Williams Alston, Esq.
Commission # 50129013
Notary Public, State of New Jersey
My Commission Expires
June 11, 2030

El-Rhonda Williams Alston, Esq.
Commission # 50129013
Notary Public, State of New Jersey
My Commission Expires
June 11, 2030

El-Rhonda Williams Alston, Esq.
NOTARY PUBLIC
NEW JERSEY