# Exhibit [8]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>DR. DALE G. CALDWELL, in his official capacity as Lieutenant Governor and Secretary of State for the State of New Jersey,<br><br>*Defendant.* | Case No. 3:26-cv-2025 (ZNQ-JTQ) |

**DECLARATION OF JOEL CLYMER, ESQ., PRESIDENT OF GARDEN STATE BAR ASSOCIATION, IN SUPPORT OF MOTION TO INTERVENE**

I, Joel Clymer, Esq., declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge.

1. I have personal knowledge of the matters in this declaration, and this is what I would testify to if called as a witness in Court.

2. I am over eighteen years of age and am otherwise competent to testify.

3. I am a resident of and registered voter in Mercer County, New Jersey.

4. I am the President of the Garden State Bar Association ("GSBA"). I have held this position since July 2025.

5. GSBA is a Newark-based nonpartisan, non-profit organization founded in 1975 as a state bar association to serve the professional development of attorneys and legal professionals, especially those attorneys and legal professionals of color, throughout the state of New Jersey and advance equal justice under the law.

6. GSBA consists primarily of African American attorneys and includes judges, attorneys in both public and private practice, law students, and other legal professionals. As of March 12, 2026, the organization has approximately 560 official members and, in total, there are approximately 1,322 individuals connected to the organization through membership, leadership roles, and participation in GSBA programming and initiatives.

7. GSBA serves communities throughout the state of New Jersey, advocating broadly for fairness and equal access to justice for all people, with a particular emphasis on supporting and advocating for communities of color that have historically experienced discrimination and barriers to full participation in civic and economic life.

8. GSBA has a longstanding history of partnering with civil rights and community organizations to promote civic engagement and equal participation in democratic institutions. Because GSBA's members both participate in the electoral process and serve communities whose voter participation GSBA actively promotes,

GSBA has a strong institutional interest in ensuring that voter privacy and confidence in the electoral system are protected.

9. Many members of GSBA are registered voters in New Jersey and work across the legal profession, including in government, public interest law, private practice, and criminal defense. Some members are immigrant attorneys or represent immigrant communities, and many members regularly serve communities whose civic participation GSBA actively promotes. The disclosure of voter rolls containing highly sensitive personal information, including dates of birth, driver's license numbers, and partial Social Security numbers, raises significant concerns for GSBA's members and the communities they serve, including privacy risks, distrust of government institutions, and the potential chilling effect on voter registration and participation.

10. GSBA members frequently serve communities whose voter participation GSBA actively promotes through legal representation, voter education programs, civic engagement initiatives, election law panels and educational events, community legal education programs, and advocacy related to voting rights and access to the democratic process. Many of these communities have historically experienced voter suppression and heightened scrutiny by government authorities. The mass disclosure of sensitive voter data could further erode trust in government institutions and create a chilling effect on voter registration and participation. Even

absent misuse of the data, the perception that personal voter information may be widely shared could discourage individuals from participating in the electoral process.

11. Importantly, if sensitive personal voter data is disclosed in the sweeping manner demanded by the federal government, it could undermine trust in democratic institutions among the communities GSBA serves. As a result, GSBA and its members may need to devote additional time and resources to addressing community concerns and restoring confidence in the electoral system.

12. For these reasons, protecting the privacy of voter registration information is important to GSBA and critical to the work it does to encourage, educate, and engage communities in civic engagement and the democratic process.

13. I declare under penalty of perjury that the foregoing is true and correct. Executed on March 12, 2026 in Mercer County, New Jersey.

*/s/Joel Clymer*

Joel Clymer, Esq., President
Garden State Bar Association