# Exhibit [9]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

UNITED STATES OF AMERICA,

*Plaintiff,*

v.

DR. DALE G. CALDWELL, in his official capacity as Lieutenant Governor and Secretary of State for the State of New Jersey,

*Defendant.*

Case No. 3:26-cv-2025 (ZNQ-JTQ)

**DECLARATION OF SAAD ADMANI, ESQ., PRESIDENT OF THE NEW JERSEY MUSLIM LAWYER'S ASSOCIATION, IN SUPPORT OF MOTION TO INTERVENE**

I, Saad Admani, Esq., declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge.

1. I have personal knowledge of the matters in this declaration, and this is what I would testify to if called as a witness in Court.

2. I am over eighteen years of age and am otherwise competent to testify.

3. I am a resident of and registered voter in Middlesex County, New Jersey.

4. I am President of the New Jersey Muslim Lawyer's Association ("NJMLA"). I have held this position since January 2024.

5. NJMLA is a volunteer association of Muslim lawyers, judges, and law students who work or reside in New Jersey. Established in 2006 and based in Somerset, NJ, NJMLA was founded to advance the goals, needs and interests of Muslim attorneys in New Jersey and to promote Muslim participation in public service and civic engagement.

6. NJMLA serves Muslim communities across New Jersey, many of whom have been disproportionately impacted by government surveillance, discrimination, and other systemic barriers. NJMLA has a membership of approximately 650 Muslim attorneys and has reached approximately 3,000 community members through our engagement.

7. NJMLA advocates for the protection of civil rights, democratic participation, and equal access to governmental processes affecting Muslim communities locally and nationally. Our members have a strong interest in ensuring that government actions impacting elections, civic participation, and access to voter information are carried out in a lawful, transparent, and nondiscriminatory matter so that all communities can participate fully and confidently in the democratic process.

8. New Jersey, particularly Paterson, holds one of the highest per capita Muslim populations in the country. Between 2010 and 2020, New Jersey's Muslim population doubled to more than 321,000, and it continues to rapidly grow. The percentage of active Muslim voters and eligible Muslim voters in New Jersey, likewise, has also significantly grown. Many, if not most, members of NJMLA are registered to vote and many members of the communities that NJMLA serves are eligible voters or newly eligible voters, including eligible and voting immigrants.

9. Muslim communities have historically experienced heightened government scrutiny, surveillance, and discrimination, including through the criminal legal system, the NYPD's Muslim surveillance program, which also engaged in discriminatory surveillance of New Jersey Muslims, and other enforcement systems. As a result, Muslim community members are understandably cautious about how their personal information may be collected, stored, and shared by government entities.

10. The federal government's demand for unredacted voter file information containing sensitive personal data about voters—including names, addresses, dates of birth, license numbers, and Social Security numbers—thus raises serious concerns for the Muslim communities NJMLA serves and NJMLA's own members. Because of the community's past experiences, Muslim voters may

worry that access to such data could facilitate targeting or intimidation, even if that is not the stated purpose.

11. Due to historical discrimination and the federal government's current immigration crackdown, as well as current public, inflammatory anti-Muslim rhetoric spread by members of the current federal administration and Congress, Muslims citizens and their family members—many of whom are immigrants—already fear that their personal information may be used against them. Indeed, experience with the NYPD's Muslim Surveillance Program has shown these communities that this fear is legitimate, as the government has already used their information for this purpose over multiple federal administrations before. The sharing of detailed voter information with the federal government would likely reignite and reinforce those fears.

12. NJMLA supports and advocates for civic engagement among the New Jersey Muslim community by engaging with members, other Muslim organizations, religious institutions, and community members through voter registration, voter engagement, know your rights workshops, candidate forums, and voter education work. This work to engage and increase civic participation and voting in the New Jersey Muslim community would be directly undermined if it was known that being registered to vote would submit them and their families to additional review by the federal government. It would create reasonable fear that

registering to vote or maintaining voter registration could subject their personal information to federal scrutiny, investigation, or misuse and dissuade community members from engaging in the democratic process altogether.

13. For these reasons, protecting the privacy of voter registration information is important to NJMLA and critical to the work it does to encourage, educate, and engage Muslim communities in civic engagement and the democratic process.

14. I declare under penalty of perjury that the foregoing is true and correct. Executed on March 12, 2026 in Middlesex County, New Jersey.

________________________________
Saad Admani, Esq., President
New Jersey Muslim Lawyer's Association