# Exhibit [10]

Docusign Envelope ID: 97FE25CF-1ED3-47D1-89FE-6DAEBEDF7D26

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>DR. DALE G. CALDWELL, in his official capacity as Lieutenant Governor and Secretary of State for the State of New Jersey,<br><br>*Defendant.* | Case No. 3:26-cv-2025 (ZNQ-JTQ) |

**DECLARATION OF LAWRENCE HAMM, CHAIRMAN OF THE PEOPLE'S ORGANIZATION FOR PROGRESS, IN SUPPORT OF MOTION TO INTERVENE**

I, Lawrence Hamm, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge.

1. I have personal knowledge of the matters in this declaration, and this is what I would testify to if called as a witness in Court.

2. I am over eighteen years of age and am otherwise competent to testify.

3. I am a resident of and registered voter in Essex County, New Jersey.

Docusign Envelope ID: 97FE25CF-1ED3-47D1-89FE-6DAEBEDF7D26

4. I am the Chairman the People's Organization for Progress ("POP"). I have held this position since 1982, when POP was formed.

5. POP is a Newark-based non-profit civil rights organization that works to advance the principles that defined Dr. Martin Luther King Jr.'s quest for racial equality, economic justice and peace.

6. POP serves the people of Essex County and its surrounding areas, and New Jersey in general, through marches, demonstrations, conventions, teachings, legislative advocacy, year-round political and civics education, voter registration and engagement, and coalition building, with the aim of building power and confronting injustice together. POP currently has 172 members who serve urban communities in Newark and across the state.

7. POP encourages civic engagement and participation, especially among the Black and Latino/a communities it serves in Newark and other urban areas, through strategies such as letter-writing campaigns, calling elected officials, attending government meetings, testifying before legislative committees, and registering to vote. These actions are essential to encouraging New Jerseyans to engage with their government and the democratic process in multiple ways.

8. POP does year-round voter registration through the POP Empowerment Team, because we believe that voter registration is a form of political empowerment. From March through October of each year, we hold

Docusign Envelope ID: 97FE25CF-1ED3-47D1-89FE-6DAEBEDF7D26

Empowerment Saturdays, where we do voter registration in various communities. In winter months, we do voter registration at indoor events. We have been holding Empowerment Saturdays for the past seven years.

9. Defending democracy was one of POP's core priorities in 2025 and continues to be so now. In 2025, POP organized significant demonstrations within Newark communities to defend democracy and highlight voting rights and plans to do the same this year.

10. The urban communities we serve have historically experienced heightened government scrutiny, surveillance, law enforcement violence, and discrimination, including through the criminal legal system and other enforcement systems. As a result, many of the community members we engage with and register to vote—including those who are politically active—are very cautious about how their personal information may be collected or used by government entities.

11. The federal government's demand for New Jersey to hand over unredacted voter file information containing sensitive personal data about voters raises serious concerns for POP. If the federal government was to seize New Jersey's voter rolls, it would have a chilling effect for many members of POP and the urban communities we serve, as many of these individuals have already expressly indicated that they are afraid to sign or register for anything.

Docusign Envelope ID: 97FE25CF-1ED3-47D1-89FE-6DAEBEDF7D26

12. Because of past experiences in their communities, particularly with law enforcement, many of the people POP serves—especially in Newark and similar urban communities—already view the democratic process with skepticism and fear the government using their personal information against them. The sharing of detailed voter information with the federal government could reinforce those fears and keep these communities from registering to vote or from trusting the voting process. It may keep these communities from voting at all.

13. It would hurt POP's mission and effectiveness within these communities if eligible voters were too afraid to participate in civic actions, including voting, because of the perceived risk to their families and communities that sharing sensitive data with the federal government may raise.

14. For these reasons, protecting the privacy of voter registration information is important to POP and imperative to the work it does to encourage, educate, and empower New Jersey urban communities, especially in Newark, to participate in civic engagement and the democratic process.

15. I declare under penalty of perjury that the foregoing is true and correct. Executed on March 12, 2026 in Essex County, New Jersey.

DocuSigned by:
C499F45591CA4B1...

Lawrence Hamm, Chairman
People's Organization for Progress