# Exhibit [11]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>DR. DALE G. CALDWELL, in his official capacity as Lieutenant Governor and Secretary of State for the State of New Jersey,<br><br>*Defendant.* | Case No. 3:26-cv-2025 (ZNQ-JTQ) |

**DECLARATION OF EDWIN ORTIZ, INDIVIDUALLY, IN SUPPORT OF MOTION TO INTERVENE**

I, Edwin Ortiz, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge.

1. I have personal knowledge of the matters in this declaration, and this is what I would testify to if called as a witness in Court.

2. I am over eighteen years of age and am otherwise competent to testify.

3. I was born in Arecibo, Puerto Rico and was born a United States citizen.

4. I am a resident of and registered voter in Essex County, New Jersey. During my incarceration, I did not have the right to vote. In 2019, New Jersey restored voting rights to people with past convictions, and my right to vote was restored. I registered to vote after that law took effect and have remained registered in Essex County since then.

5. I served approximately thirty years in prison following a conviction related to a fatal robbery. I was released from prison in September 22, 2016 after completing my sentence. On January 19, 2026, I was pardoned by Governor Phil Murphy.

6. When I returned home from prison, I experienced firsthand how people with criminal records are often subject to increased scrutiny and background checks in many aspects of daily life, including housing, employment, and identification.

7. After experiencing these barriers firsthand, I helped found the Returning Citizens Support Group, a Newark-based non-profit organization created by returning citizens to assist individuals reintegrating into society after incarceration.

8. I currently serve as Executive Director and Co-Founder of the Returning Citizens Support Group. Through this work, I advocate for policies that

support successful reentry and help remove barriers faced by people with criminal records.

9. A significant part of my work involves helping returning citizens understand their rights and encouraging them to participate in civic life, including registering to vote and participating in elections once they have completed their sentences. Many people returning home from incarceration are unsure about their rights and are often concerned that participating in civic life could expose them to additional scrutiny because of their past convictions.

10. In my personal capacity, I have spoken publicly and testified in support of reforms related to incarceration and reentry. I have also advocated for restoring opportunities for civic participation—including voting and jury service—for people with criminal convictions who have completed their sentences.

11. I understand that the Department of Justice has sought access to voter registration data from states, including personal identifying information such as driver's license numbers, partial Social Security numbers, and dates of birth. Based on news reporting and public discussions about these efforts, it appears that this information may be used to compare voter registration records with federal databases for citizenship or immigration verification purposes.

12. Even though I am a United States citizen who was born in this country, I worry that increased federal access to personal data could lead to additional scrutiny of me and others like me who have past convictions.

13. I am also concerned by public statements and reports suggesting that the current administration has discussed the possibility of deporting citizens described as "criminals." I have also seen news reports describing situations in which individuals have been deported or threatened with deportation to countries where they are not originally from, or where their legal status was questioned. Given my history with the criminal legal system, statements like these raise concerns for me about how people with past convictions may be viewed or treated by government authorities.

14. My past involvement with the criminal legal system already means that my personal history is often subject to review in different contexts. The possibility that my voter registration information could be incorporated into broader federal data systems raises additional concerns for me about privacy and government monitoring.

15. I also have a relatively common last name, and I am aware that when large databases are compared or searched in bulk, mistakes can occur, particularly when people share common names or similar identifying information. Because voter rolls include voters' names and other identifying details, and I understand

that this information may be used by immigration officials to compare voter records with federal immigration databases, I worry that individuals like me who have common last names could be incorrectly flagged or subjected to additional scrutiny through database matching processes.

16. I believe strongly in the importance of voting, and I have spent years encouraging people returning home from prison to understand that they still have a voice in our democracy. At the same time, it is troubling to think that personal information provided when registering to vote may be collected and used in broader federal databases or shared across government systems.

17. For these reasons, protecting the privacy of voter registration information is important to me personally and to the work I do encouraging civic participation among returning citizens.

18. I declare under penalty of perjury that the foregoing is true and correct. Executed on March 9, 2026 in Essex County, New Jersey.

Edwin Ortiz