# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

THE UNITED STATES OF
AMERICA,

    *Plaintiffs,*

v.

DR. DALE G. CALDWELL, in his official
capacity as LIEUTENANT GOVERNOR
and SECRETARY of STATE of NEW
JERSEY.

    *Defendants.*

Case No. 3:26-CV-2025
(ZNQ-JTQ)

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Micauri Vargas, Esq., of the New Jersey Institute for Social Justice, with offices located at 60 Park Place, Newark, New Jersey 07102, hereby appears in this matter on behalf of Proposed Intervenor-Defendants the National Association for the Advancement of Colored People ("NAACP"), NAACP New Jersey State Conference ("NJ NAACP"), Salvation and Social Justice ("SandSJ"), AAPI New Jersey ("AAPI NJ"), Returning Citizens Support Group ("RCSG"), Association of Black Women Lawyers of New Jersey ("ABWL-NJ"), Garden State Bar Association ("GSBA"), New Jersey Muslim

Lawyers Association ("NJMLA"), People's Organization for Progress ("POP"), and

Edwin Ortiz ("Mr. Ortiz"). I certify that I am admitted to practice before this Court.


Dated: March 17, 2026                    /s/ *Micauri Vargas*
                                         Micauri Vargas