**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

THE UNITED STATES OF AMERICA,

*Plaintiffs*,

v.

DR. DALE G. CALDWELL, in his official capacity as LIEUTENANT GOVERNOR and SECRETARY of STATE of NEW JERSEY.

*Defendants*.

Case No. 3:26-CV-2025 (ZNQ-JTQ)

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Henal Patel, Esq., of the New Jersey Institute for Social Justice, with offices located at 60 Park Place, Newark, New Jersey 07102, hereby appears in this matter on behalf of Proposed Intervenor-Defendants the National Association for the Advancement of Colored People (“NAACP”), NAACP New Jersey State Conference (“NJ NAACP”), Salvation and Social Justice (“SandSJ”), AAPI New Jersey (“AAPI NJ”), Returning Citizens Support Group (“RCSG”), Association of Black Women Lawyers of New Jersey (“ABWL-NJ”), Garden State Bar Association (“GSBA”), New Jersey Muslim Lawyers Association

("NJMLA"), People's Organization for Progress ("POP"), and Edwin Ortiz ("Mr. Ortiz"). I certify that I am admitted to practice before this Court.

/s/ *Henal Patel*
Henal Patel

Dated: March 19, 2026