**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| The United States of America | APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY [Local Civil rule 6.1(b)] |
| Plaintiff(s) | |
| v. | Civil Action No. 26-cv-2025 |
| Dr. Dale G. Caldwell | |
| Defendant(s) | |

Application is hereby made for a Clerk's Order extending time within which defendant(s) Dr. Dale G. Caldwell, in his official capacity as Lieutenant General and Secretary of New Jersey may answer, move, or otherwise reply to the Complaint filed by plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on March 6, 2026 ; and
3. Time to Answer, Move or otherwise Reply expires on March 27, 202.

Liza B. Fleming
Attorney for Defendant(s)

25 Market Street, P.O. Box 080
Mailing Address

Trenton, NJ 08625
City, State, Zip Code

ORDER

The above application is ORDERED GRANTED. Defendant(s) time to answer, move or otherwise reply is extended to April 10, 2026 .
ORDER DATED:

By:
Deputy Clerk