IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | Case Number: 3:26-CV-2025-ZNQ-JTQ |
| v. | Motions Day May 4, 2026 |
| DR. DALE G. CALDWELL, in his official capacity as Lieutenant Governor and Secretary of State for the State of New Jersey | |
| Defendant(s). | |

## **<u>ORDER TO COMPEL PRODUCTION</u>**

Upon the Request by the United States of America, the supporting Memorandum of Law, and the supporting Declaration, it is hereby ORDERED:

1. That the above-named Defendant shall show cause before this Court on_____ _____, 2026, at _____o'clock, in Court Room 4W of the Clarkson S. Fisher Building & U.S. Courthouse located at 402 East State Street 2020, New Jersey 08608 as to why an order should not be issued pursuant to 52 U.S.C § 20701, *et seq.*:

    a) ordering Defendants to produce an electronic copy of the New Jersey's statewide Voter Registration List, and

    b) ordering Defendants to produce the other documents demanded by the Attorney General to ascertain Defendant's compliance with federal law; specifically, the National Voter Registration Act ("NVRA"), 52 U.S.C. § 20501, *et seq.*, and the Help America Vote Act of 2002 ("HAVA"), 52 U.S.C § 20901, *et seq.*, and

    c) requiring Defendant to submit electronically to the Attorney General, Civil Rights Division Voting Section, within 5 (five) days of this order, and for such other and further relief as may be just and proper; and

1

2. That a copy of this Order be served upon Lieutenant Governor Caldwell by email and U.S. mail to NJ State House, 125 West State Street, Trenton, NJ 08625; and

3. That Defendants, having been served by the Clerk of Court with Plaintiff's Motion, Memorandum of Law, attachments, and Declaration via certified mail, shall file with this Court and serve any response addressing the issues raised in the Request seven (7) days prior to the hearing date; and

4. That Plaintiff shall serve and file any reply thereto, one (1) day prior to the hearing date.

Entered this __ day of _____, 2026.

BY THE COURT:

_____
UNITED STATES DISTRICT COURT