

**Rajiv D. Parikh, Esq.**
**Partner**
rparikh@pemlawfirm.com
*Office:* +1 973.577.5500
*Direct:* +1 973-818-5130

April 8, 2026

*VIA CM/ECF*
Honorable Zahid N. Quraishi, U.S.D.J.
United States District Court for the District of New Jersey
402 East State Street
Trenton, New Jersey 08608

> Re:   **United States of America v. Dale G. Caldwell,**
>         **Civil Action No.: 3:26-cv-2025 (ZNQ)(JTQ)**

Dear Judge Quraishi:

We write on behalf of Proposed Intervenor-Defendants Make the Road New Jersey, Jamie Y. Ding, and Danielle Litwak ("MRNJ Intervenors"). As indicated in the motion to intervene, MRNJ Intervenors seek to file a motion to dismiss in the above-captioned matter. *See* Dkt. No. 6 at 2 n.1. The Complaint asserts a single count under Title III of the Civil Rights Act of 1960 (52 U.S.C. § 20703). Because we believe the Complaint fails to state a claim upon which relief may be granted, MRNJ Intervenors intend to move the Court for an order dismissing the Complaint with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Civil Rule 7.1.

In accordance with the Court's judicial preference for parties to submit a letter before filing a motion to dismiss, we submit this letter to notify the Court of our intent to file a motion to dismiss (styled as a *proposed* motion to dismiss if the motion to intervene remains pending at the time of filing).[1] To the extent Defendant Caldwell also seeks to file a Rule 12 motion, MRNJ Intervenors would welcome a coordinated briefing schedule for such motions to ensure greater efficiency for the parties and the Court alike.

We thank the Court for its assistance with this matter.

Respectfully Submitted,

**PEM LAW LLP**

*/s/ Rajiv D. Parikh*
RAJIV D. PARIKH

c:      Counsel of Record (via CM/ECF)

---

[1]      MRNJ Intervenors also intend to file a brief in opposition to the Motion to Compel filed by the United States on April 3, 2026. *See* Dkt. No. 20. If the motion to intervene remains pending on the deadline for opposition papers, MRNJ Intervenors will similarly file a motion for leave to file a *proposed* brief in opposition on that date.