

P.O. Box 32159
Newark, NJ 07102

Tel: 973-642-2086
Fax: 973-642-6523

info@aclu-nj.org
www.aclu-nj.org

LIZA WEISBERG
Supervising Attorney

lweisberg@aclu-nj.org
973-854-1705

April 9, 2026

***VIA CM/ECF***
Hon. Zahid N. Quraishi, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re:**    ***United States of America v. Dale G. Caldwell***
    **Case No. 3:26-cv-2025 (ZNQ-JTQ)**

Dear Judge Quraishi:

Proposed intervenor-defendants the League of Women Voters of New Jersey, Latino Action Network, and Maungsai Somboon write to advise the Court that, should their intervention be granted, they intend to move to dismiss the complaint in this matter for substantially the same reasons included in their proposed motion to dismiss filed in compliance with Rule 24(a) of the Federal Rules of Civil Procedure on March 3, 2026. *See* ECF No. 3-7. They file this pre-motion letter consistent with the Court's judicial preferences and, in an abundance of caution, to preserve their right to submit an updated motion to dismiss at the appropriate time.

Respectfully submitted,

/s/ *Liza Weisberg*
Liza Weisberg
*Co-counsel for Proposed Intervenor-Defendants*