"Social justice should be the underlying goal of all humanity."
-Alan V. Lowenstein, Institute Founder



**Board of Trustees**
Paulette Brown, Esq.
  *Chair*
Robin A. Lenhardt, Esq.
  *Vice Chair*
Kenneth Y. Tanji
  *Treasurer*
B. John Pendleton, Jr., Esq.
  *Secretary*
Ryan P. Haygood, Esq.
  *President & CEO*
Douglas S. Eakeley, Esq.
  *(Immediate Past Chair)*
John J. Farmer, Jr., Esq.
  *(Past Chair)*
Paul J. Fishman, Esq.
Michael D. Francis, Esq.
Jerome C. Harris, Jr.
Rev. Timothy Adkins-Jones
Sandra King
John H. Lowenstein, Ph.D.
Diana DeJesus-Medina
James McQueeny
Patricia Nachtigal, Esq.
Darrell K. Terry, Sr.
Martin Vergara II
Nina Mitchell Wells, Esq.
Antoinette Ellis-Williams, Ph.D.
Gary M. Wingens, Esq.

Zulima V. Farber, Esq. *(Emerita)*
Roger A. Lowenstein, Esq. *(Emeritus)*
Theodore V. Wells, Jr., Esq. *(Emeritus)*

**Founders**
Alan V. and Amy Lowenstein*

**Founding Board President**
Nicholas deB. Katzenbach, Esq.*

**Founding Board Vice President**
Hon. Dickinson R. Debevoise*

*deceased

60 Park Place, Suite 511
Newark, NJ 07102-5504
ph. (973) 624-9400
fax (973) 624-0704
email: justice@njisj.org
**www.njisj.org**

**do social justice.**

April 10, 2026

Hon. Justin T. Quinn, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> Re: *United States v. Caldwell*
> Case No. 3:26-cv-2025 (ZNQ-JTQ)

Dear Judge Quinn:

On behalf of Proposed *Intervenor-Defendants* the National Association for the Advancement of Colored People, NAACP New Jersey State Conference, Salvation and Social Justice, AAPI New Jersey, Returning Citizens Support Group, Association of Black Women Lawyers of New Jersey, Garden State Bar Association, New Jersey Muslim Lawyers Association, People's Organization for Progress, and Edwin Ortiz, I submit this letter application seeking the *pro hac vice* admission of Heather Richner, Esq.

The following parties consent: Defendant Dale G. Caldwell; proposed Intervenor-Defendants Make the Road New Jersey, Jamie Y. Ding, and Danielle Litwak; and proposed Intervenor-Defendants the League of Women Voters of New Jersey, Latino Action Network, and Maungsai Somboon. Counsel for the United States has not yet consented, objected, or taken a position with respect to this *pro hac vice* application.

Pursuant to your honor's posted judicial preferences and L. Civ. R. 101.1(c), I am attaching to this letter a (1) Certification of Heather Richner, Esq.; (2) Proposed Form of Order granting *pro hac vice* admission; (3) Certification of Micauri Vargas, Esq. in support of the application for *pro hac vice* admission; and (4) Certification of Service.

Thank you very much for your consideration of this application.

Respectfully submitted,

/s/ *Micauri Vargas*

Micauri Vargas
NEW JERSEY INSTITUTE FOR SOCIAL JUSTICE
60 Park Place, Suite 511

Newark, New Jersey 07102
Telephone: (973) 624-9400
*Co-counsel   for   Proposed   Intervenor-Defendants*