**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>v.<br><br>DR. DALE G. CALDWELL, in his official capacity as LIEUTENANT GOVERNER and SECRETARY OF STATE of NEW JERSEY,<br><br>    Defendants. | Case No. 3:26-cv-2025 (ZNQ-JTQ)<br><br>**CERTIFICATION OF HEATHER RICHNER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

1.  Pursuant to Local Civil Rule 101.1, I, Heather Richner, certify as follows:

    a.  I am an attorney at the New Jersey Institute for Social Justice ("NJISJ"), located 60 Park Place, Suite 511 Newark, New Jersey 07102-5504. I can be contacted by mail there, at (973) 624-9400, or at hrichner@njisj.org.

    b.  There are no disciplinary proceedings pending against me in any jurisdiction, and no disciplinary action has previously been imposed upon me in any court or jurisdiction, and I am a member in good standing of the following bars:

        i.   NYS Appellate Division of the Supreme Court, Second Judicial Department; 02/21/24
        ii.  U.S. District Court for the Southern District of New York; 10/08/24
        iii. U.S. District Court for the Eastern District of New York; 11/12/24

1

c.  Upon the granting of this motion, I will make a payment to the Clerk for the admissions fee and the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey State Court Rule 1:28-2(a).

d.  I understand that if this motion is granted and I am admitted to practice in this Court *pro hac vice*, I will be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of Local Civil Rule 103.1, Judicial Ethics and Professional Responsibility, and Local Civil Rule 104.1, Discipline of Attorneys.

e.  For the foregoing reasons it is respectfully requested that the Court grant Proposed *Intervenor-Defendants* application to have me admitted *pro hac vice* and participate as counsel in this matter pursuant to Local Civil Rule 101.1(c).

Dated: April 10, 2026                    Respectfully submitted,

/s/ *Heather Richner*

Heather Richner
NEW JERSEY INSTITUTE FOR SOCIAL JUSTICE
60 Park Place, Suite 511
Newark, New Jersey 07102
Telephone: (973) 624-9400
hrichner@njisj.org

2