THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

Plaintiffs,

v.

DR. DALE G. CALDWELL, in his official capacity as LIEUTENANT GOVERNER and SECRETARY OF STATE of NEW JERSEY,

Defendants.

Case No. 3:26-cv-2025 (ZNQ-JTQ)

**CERTIFICATION OF MICAURI VARGAS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF HEATHER RICHNER, ESQ.**

I, Micauri Vargas, of full age, certify as follows:

1.  I am an attorney at the New Jersey Institute for Social Justice ("NJISJ"), located 60 Park Place, Suite 511 Newark, New Jersey 07102-5504, counsel for Proposed *Intervenor-Defendants* the National Association for the Advancement of Colored People ("NAACP"), NAACP New Jersey State Conference ("NJ NAACP"), Salvation and Social Justice ("SandSJ"), AAPI New Jersey ("AAPI NJ"), Returning Citizens Support Group ("RCSG"), Association of Black Women Lawyers of New Jersey ("ABWL-NJ"), Garden State Bar Association ("GSBA"), New Jersey Muslim Lawyers Association ("NJMLA"), People's Organization for Progress ("POP"), and Edwin Ortiz ("Mr. Ortiz") in the above-captioned matter.

2.  I am admitted to practice and am a member in good standing of the Bar of the State of New Jersey, as well as the Bar of the United States District Court for

1

the District of New Jersey. There are no disciplinary proceedings pending against me in any jurisdiction, and no disciplinary action has previously been imposed upon me in any court or jurisdiction to which I have been admitted.

3.  I am fully familiar with the facts and circumstances surrounding the above captioned litigation. I make this certification in support of the application for the admission of Heather Richner, Esq. as counsel *pro hac vice* for the purpose of representing Proposed *Intervenor-Defendants* in this action. Her certification is attached.

4.  Pursuant to Local Civil Rule 101.1, I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by me or another attorney associated with NJISJ who is a member of the Bar of this Court. Said attorney(s) and I shall be responsible for the conduct of Ms. Richner, should she be admitted by this Court.

5.  I agree to notify promptly the attorneys admitted *pro hac vice* of the receipt of all notices, orders and pleadings in this action.

6.  Pursuant to Local Civil Rule 101.1, I understand that I shall be held responsible for the conduct of the case and shall be present before the Court during all phases of these proceedings, unless expressly excused by the Court.

7.  Accordingly, the undersigned respectfully requests that Proposed *Intervener Defendants* Motion for Admission *pro hac vice* of Heather Richner, Esq. be granted.

8.  If this motion is granted, I further respectfully request that Heather Richner,

2

Esq., receive Notices of Electronic Case Filing (ECF) of documents filed in this case.

Dated: April 10, 2026

Respectfully submitted,

/s/ *Micauri Vargas*

Micauri Vargas
NEW JERSEY INSTITUTE FOR SOCIAL JUSTICE
60 Park Place, Suite 511
Newark, New Jersey 07102
Telephone: (973) 624-9400

*Counsel for Proposed Intervenor-Defendants*