

**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**

ATTORNEYS AT LAW / A PROFESSIONAL CORPORATION

1415 Route 70 East
Suite 405
Cherry Hill, NJ  08034
856.616.2170/facsimile

www.hangley.com

PHILADELPHIA, PA

CHERRY HILL, NJ

PLYMOUTH MEETING, PA

**Jason A. Levine**
**Managing New Jersey Attorney**

**Robert A. Wiygul**
**Direct Dial: 215.496.7042**
**E-mail: rwiygul@hangley.com**

April 14, 2026

<u>**Via ECF**</u>

The Honorable Zahid N. Quraishi
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building
402 East State Street
Trenton, NJ  08608

> Re:   ***United States v. Caldwell***, **No. 3:26-cv-02025-ZNQ-JTQ**
> **Request for Consolidated Briefing Schedule**

Dear Judge Quraishi:

This firm represents Defendant Dale G. Caldwell, in his official capacity as Secretary of the State of New Jersey.  Pursuant to the Court's Text Order docketed on April 10, 2026 (ECF 30), Defendant conferred with Plaintiff ("DOJ") about a consolidated briefing schedule for the motion to compel (ECF 20) and Defendant's anticipated motion to dismiss.

Defendant proposed to DOJ the following schedule:

- May 4:  deadline for Defendant to file its motion to dismiss, and deadline for Defendant to file a response to the motion to compel;

- May 25:  deadline for DOJ to file its response to the motion to dismiss, and deadline for DOJ to file any reply in support of its motion to compel;

- June 15:  deadline for Defendant to file any reply in support of its motion to dismiss.

DOJ has consented to the May 4 and May 25 deadlines.  DOJ has objected, however, to the June 15 deadline for the reply brief; DOJ believes that the reply deadline should instead be June 8.

The Honorable Zahid N. Quraishi
April 14, 2026
Page 2

In light of the significance of this case, and the fact that Defendant is a public entity with a large number of stakeholders who will need to review Defendant's briefing, Defendant respectfully submits that a three-week interval for its reply brief is reasonable and appropriate.

Finally, certain proposed intervenors have advised us that they are agreeable to briefing their own (proposed) motions to dismiss and DOJ's motion to compel on the same schedule proposed by Defendant above. Defendant has no objection to that proposal. DOJ has not consented to any schedule governing briefing by proposed intervenors.

Respectfully,

Robert A. Wiygul

cc:  Counsel of Record (via ECF)