## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

    Plaintiffs,

v.

DR. DALE G. CALDWELL, in his official capacity as LIEUTENANT GOVERNER and SECRETARY OF STATE of NEW JERSEY,

    Defendants.

Case No. 3:26-cv-2025 (ZNQ-JTQ)

**[] ORDER**

**THIS MATTER** having been brought before the Court by Micauri Vargas, Esq., attorney for Proposed *Intervenor-Defendants* the National Association for the Advancement of Colored People ("NAACP"), NAACP New Jersey State Conference ("NJ NAACP"), Salvation and Social Justice ("SandSJ"), AAPI New Jersey ("AAPI NJ"), Returning Citizens Support Group ("RCSG"), Association of Black Women Lawyers of New Jersey ("ABWL-NJ"), Garden State Bar Association ("GSBA"), New Jersey Muslim Lawyers Association ("NJMLA"), People's Organization for Progress ("POP"), and Edwin Ortiz ("Mr. Ortiz") on application for an Order allowing Heather Richner, Esq., to appear and participate *pro hac vice*; and the Court having considered the moving papers; and this matter being considered pursuant to Fed. R. Civ. P. 78, and for good cause shown;

1

IT IS on this 20th day of April                              2026,

**ORDERED** that Heather Richner, Esq., a member of the New York State Bar, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to Local Civil Rule 101.1(c); and it is further

**ORDERED** that, all pleadings, briefs, and other papers filed with the Court shall be signed by Micauri Vargas, or another attorney of record for Proposed *Intervenor-Defendants* who is admitted to the Bar of this Court, and said attorney shall be held responsible for said papers and for the conduct of the case and will be held responsible for the conduct of the attorney admitted hereby; and it is further

**ORDERED** that Heather Richner, Esq., shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey State Court Rule 1:28-2 within twenty (20) days from the date of the entry of this order; and it is further

**ORDERED** that Heather Richner, Esq., shall make payment of $250.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Heather Richner, Esq., shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of     Local Civil Rule     103.1,     Judicial Ethics        And

2

Professional Responsibility, and Local Civil Rule 104.1, Discipline of Attorneys; and

it is further

**ORDERED** that Heather Richner, Esq., shall be deemed to have agreed to

take no fee in any tort case in excess of the New Jersey State Court Contingency Fee

Rule, Rule 1:21-7, as amended.

_____
Honorable Justin T. Quinn U.S.M.J.

--terminates ECF No. 32

3