# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br>v.<br><br>DR. DALE G. CALDWELL, in his official capacity as Lieutenant Governor and Secretary of State for the State of New Jersey,<br><br>*Defendant*. | Case No. 3:26-cv-2025 (ZNQ-JTQ)<br><br>**[] ORDER GRANTING MOTION TO INTERVENE**<br><br>MOTION DAY:<br>April 6, 2026 |

This matter is before the Court on the Motion to Intervene as Defendants filed by the League of Women Voters of New Jersey, Latino Action Network, and Maungsai Somboon. Upon review of all relevant submissions, argument, evidence, and applicable authority, the motion is GRANTED.

IT IS SO ORDERED, this 23rd day of April, 2026.

_____

Hon. Justin T. Quinn
U.S. Magistrate Judge

--terminates ECF No. 3