# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DALE G. CALDWELL, in his official capacity as LIEUTENANT GOVERNOR and SECRETARY OF STATE of NEW JERSEY,<br><br>Defendant. | Case No. 3:26-cv-2025-ZNQ-JTQ |

## [] ORDER ON MOTION OF MAKE THE ROAD NEW JERSEY, JAMIE Y. DING, AND DANIELLE LITWAK TO INTERVENE AS DEFENDANTS

**THIS MATTER** having been brought before the Court by Elias Law Group LLP and PEM Law LLP, attorneys for Make the Road New Jersey, Jamie Y. Ding, and Danielle Litwak, for an order granting the Motion to Intervene as Defendants, and the Court having considered the matter and good cause having been shown;

**IT IS ON THIS** __23rd__ day of __April_____, 2026, **ORDERED** that the Motion Intervene as Defendants of Make the Road New Jersey, Jamie Y. Ding, and Danielle Litwak shall be and hereby is **GRANTED**.

2

**IT IS FURTHER ORDERED** that Defendant-Intervenors Make the Road

New Jersey, Jamie Y. Ding, and Danielle Litwak shall have leave to file a Rule 12(b)

motion ~~within~~ ~~_____~~ ~~days of this order~~. by a date to be set in a separate Order.

_____
~~Honorable Zahid N. Quraishi~~
~~U.S. District Judge~~

--terminates ECF No. 6

2