**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> DR. DALE G. CALDWELL, in his official capacity as LIEUTENANT GOVERNOR and SECRETARY OF STATE of NEW JERSEY, <br><br> *Defendant.* | Case No. 3:26-cv-2025 (ZNQ-JTQ) <br><br> **[] ORDER GRANTING MOTION TO INTERVENE** |

This matter is before the Court on the Motion to Intervene as Defendants filed by the National Association for the Advancement of Colored People ("NAACP"), NAACP New Jersey State Conference ("NJ NAACP"), Salvation and Social Justice ("SandSJ"), AAPI New Jersey ("AAPI NJ"), Returning Citizens Support Group ("RCSG"), Association of Black Women Lawyers of New Jersey ("ABWL-NJ"), Garden State Bar Association ("GSBA"), New Jersey Muslim Lawyers Association ("NJMLA"), People's Organization for Progress ("POP"), and Edwin Ortiz ("Mr. Ortiz"). Upon review of all relevant submissions, argument, evidence, and applicable authority, the motion is **GRANTED**.

**IT IS SO ORDERED,** this 23rd day of April, 2026.

_____
Hon. Justin T. Quinn
U.S. Magistrate Judge

--terminates ECF No. 10