<table>
<tr><td>

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**DALE G. CALDWELL, et al.,**

**Defendants.**

</td><td>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

**Civil Action No. 26-2025 (ZNQ) (JTQ)**

**<u>SCHEDULING ORDER</u>**

</td></tr>
</table>

**THIS MATTER** having come before the Court for a telephone conference on April 22, 2026; and during that Conference the Court discussed *inter alia* certain processes relating to the forthcoming motions to dismiss, as well as the deadline for Defendant Caldwell to respond to Plaintiff's motion to compel; and based upon those discussions, as well as good cause shown

**IT IS on this 23rd day of April 2026, ORDERED that**:

1. The Parties will adhere to the following schedule for Plaintiff's motion to compel:

   a. Defendant's opposition shall be filed by **<u>May 4, 2026</u>**.

   b. By **<u>May 11, 2026</u>**, the Intervenor Defendant Groups may each file a short letter of no more than two (2) pages, stating whether they wish to file opposition to Plaintiff's motion to compel and identifying briefly any argument they would make if the Court were to permit their opposition. The Court promptly will decide any such request.

   c. Plaintiff's reply shall be filed by **<u>May 25, 2025</u>**.

2. The Parties shall adhere to the following motion to dismiss schedule:

   a. Defendant Caldwell shall file his motion to dismiss by **<u>May 4, 2026</u>**.

   b. The Intervenor Defendant Groups shall each file their motions to dismiss by **<u>May 11, 2026</u>**. The legal memorandum for these motions shall be limited to ten (10) double-spaced pages. The Court encourages the Intervenor Defendant Groups to

avoid repeating legal arguments already being made by Defendant Caldwell and the other Intervening Defendants.

c.  By **May 14, 2026**, Plaintiff shall file a letter with the Court, advising whether it will be filing multiple opposition briefs to the motions to dismiss or a single opposition brief.  In the event Plaintiff elects to proceed with a consolidated opposition, Plaintiff shall state whether it requires additional pages.

d.  Plaintiff's opposition(s) shall be filed by **May 25, 2026**.

e.  Defendant Caldwell's reply shall be filed by **June 15, 2026**.

f.  By **June 22, 2026**, each Intervenor Defendant Group may file a short letter with the Court advising if they wish to file a reply.  The letter also shall identify the specific argument that each Intervenor Defendant Group seeks to raise with the Court. [1]

  s/ Justin T. Quinn
  **JUSTIN T. QUINN**
  **United States Magistrate Judge**

---

[1] This short letter is not to be used as an opportunity for additional argument.