

**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**

ATTORNEYS AT LAW / A PROFESSIONAL CORPORATION

1415 Route 70 East
Suite 405
Cherry Hill, NJ  08034
856.616.2170/facsimile

www.hangley.com

PHILADELPHIA, PA

CHERRY HILL, NJ

PLYMOUTH MEETING, PA

**Jason A. Levine**
**Managing New Jersey Attorney**

**Jason A. Levine**
**Direct Dial: 215.496.7038**
**E-mail: jlevine@hangley.com**

April 30, 2026

**Via ECF**

The Honorable Zahid N. Quraishi
The Honorable Justin T. Quinn
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building
402 East State Street
Trenton, NJ  08608

Re:  ***United States v. Caldwell***, **No. 3:26-cv-02025-ZNQ-JTQ**
     **Request to File Overlength Brief**

Dear Judges Quraishi and Quinn:

This firm represents Defendant Dale G. Caldwell, in his official capacity as Secretary of the State of New Jersey.  The deadline for Defendant to file both his motion to dismiss and his opposition to Plaintiff's motion to compel is May 4, 2026.  (ECF 47) Although Defendant initially contemplated filing two separate briefs, as the Scheduling Order permits, given the overlapping issues presented by the two motions, Defendant has concluded that filing one consolidated brief will be most efficient and facilitate the Court's review.

Pursuant to Local Rule 7.2(b), Defendant requests leave to file a single overlength brief of up to sixty (60) pages relating to both motions.  This page limit is less than the limit to which Defendant would be entitled under Rule 7.2 if he were to file two briefs on the separate motions.  Plaintiff consents to this request, so long as it does not otherwise change the Scheduling Order.  Defendant also has no objection to Plaintiff's being permitted to file an overlength opposition to Defendant's motion to dismiss.

The Honorable Zahid N. Quraishi
The Honorable Justin T. Quinn
April 30, 2026
Page 2

I have included a "So Ordered" line below for the Court's consideration.

Respectfully,

Jason A. Levine

cc:   Counsel of Record (via ECF)

SO ORDERED: _____   DATE: 5/01/2026
UNITED STATES DISTRICT JUDGE