## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>DR. DALE G. CALDWELL, in his official capacity as Lieutenant General and Secretary of State of New Jersey, *et al.*,<br><br>          Defendants. | No. 26-cv-02025 (ZNQ) (JTQ)<br><br>*Electronically Filed*<br><br>Motion Return Date: July 6, 2026<br><br>**DEFENDANT DALE G. CALDWELL'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

To:   Hon. Zahid N. Quraishi, U.S.D.J.
      Counsel of Record
      (via CM/ECF)

**PLEASE TAKE NOTICE** that on July 6, 2026, Defendant Dale G. Caldwell, in his official capacity as Lieutenant General and Secretary of State of New Jersey, will move before the Honorable Zahid N. Quraishi, U.S.D.J., at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for an Order dismissing Plaintiff's Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendant Caldwell will rely on the accompanying brief and all other pleadings and papers on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

Dated: May 4, 2026

/s/ *Robert A. Wiygul*
Robert A. Wiygul
Jason A. Levine
Hangley Aronchick Segal Pudlin & Schiller
1415 Route 70 East, Suite 405
Cherry Hill, NJ 08034
(856) 616-2100
rwiygul@hangley.com

Jeremy M. Feigenbaum
Solicitor General

Stephen Ehrlich
Deputy Solicitor General

Liza B. Fleming
Deputy Attorney General
R.J. Hughes Justice Complex,
25 Market Street, P.O. Box 080
Trenton, New Jersey 08625

*Attorneys for Defendant Dale G. Caldwell*

2