**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>DR. DALE G. CALDWELL, in his official capacity as Lieutenant General and Secretary of State of New Jersey, *et al.*,<br><br>      Defendants. | No. 26-cv-02025 (ZNQ) (JTQ)<br><br>*Electronically Filed* |

**DECLARATION OF LIZA B. FLEMING**

I, Liza B. Fleming, Deputy Attorney General, being of full age, hereby declares as follows:

1.    I am licensed to practice law in the State of New Jersey and am admitted to practice before the United States District Court for the District of New Jersey. I am employed as a Deputy Attorney General of the State of New Jersey, and in that capacity, I represent Defendant Dale G. Caldwell, Secretary of State of New Jersey, in the above-captioned matter.

2.    I submit this declaration in support of Defendant's Motion to Dismiss and Opposition to Plaintiff's Motion to Compel.

3.      Attached as **Exhibit 1** is a true and correct copy of a letter dated July 15, 2025, from Michael E. Gates, a Deputy Assistant Attorney General at the U.S. Department of Justice (DOJ), and Maureen Riordan, an Assistant Attorney General at DOJ, to Tahesha Way, the Lieutenant Governor and Secretary of State of New Jersey at the time. The Division of Elections in the New Jersey Department of State (DOE) received this letter on July 15, 2025.

4.      On July 29, 2025, DOE transmitted to DOJ an electronic copy of the publicly available version of New Jersey's then-current voter registration list. Attached as part of **Exhibit 2** is a true and correct copy of the transmittal email dated July 29, 2025.

5.      The list DOE provided to DOJ on July 29, 2025, included the following data fields: Voter ID number; Legacy Voter ID number; Political Party Affiliation; Voter Status (active, inactive, or pending); Registration Date; First Name; Last Name; Middle Name; Suffix; Date of Birth; Street Number; Street Name (components of which are broken out into separate fields); Apartment Unit; City; Zip Code; County; Municipality; Ward; District; Congressional District; Legislative District; Freeholder District; School District; and Fire District.

6.      Attached as **Exhibit 3** is a true and correct copy of a letter dated August 14, 2025, from Harmeet K. Dhillon, an Assistant Attorney General at

2

DOJ, to Tahesha Way, the Lieutenant Governor and Secretary of State of New Jersey at the time. DOE received this letter on August 14, 2025.

7. Attached as **Exhibit 4** is a true and correct copy of a letter that Matthew J. Platkin, the Attorney General of New Jersey at the time, sent on behalf of DOE to Maureen Riordan at DOJ on August 21, 2025.

8. Attached as **Exhibit 5** is a true and correct copy of a letter that Matthew J. Platkin, the Attorney General of New Jersey at the time, sent on behalf of DOE to Maureen Riordan and Michael Gates at DOJ on August 28, 2025.

9. Attached as part of **Exhibit 6** is a true and correct copy of an email that Steven Gleeson, an attorney in the Office of the New Jersey Attorney General representing DOE, sent to David Vandenberg, a Trial Attorney at DOJ, on December 1, 2025.

10. Attached as **Exhibit 7** is a true and correct copy of a letter that Matthew J. Platkin, the Attorney General of New Jersey at the time, sent on behalf of DOE to David Vandenberg at DOJ on December 8, 2025.

11. Attached as **Exhibit 8** is a true and correct copy of an email dated December 19, 2025, from Eric Neff, Acting Chief of the Voting Section of the Civil Rights Division of DOJ, to attorneys in the Office of the New Jersey Attorney General representing DOE.

3

12.    Attached as **Exhibit 9** is a true and correct copy of a letter that Matthew J. Platkin, the Attorney General of New Jersey at the time, sent on behalf of DOE to Eric Neff, an Assistant Attorney General at DOJ, on January 9, 2026.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Liza B. Fleming

4