# EXHIBIT 1

**U.S. Department of Justice**

Civil Rights Division

---

*Voting Section*
*950 Pennsylvania Ave, NW – 4CON*
*Washington, DC  20530*

July 15, 2025

<u>Via Mail and Email</u>

The Honorable Tahesha Way
Lieutenant Governor and Secretary of State
P.O. Box 300
Trenton, NJ 08625
feedback@sos.nj.gov; lt.governor@nj.gov

Dear Lieutenant Governor and Secretary of State Way:

We write to you as the chief election official for the State of New Jersey to request information regarding the state's procedures for complying with the statewide voter registration list maintenance provisions of the National Voter Registration Act ("NVRA"), 52 U.S.C. § 20501 *et seq*.

Please provide a list of the election officials who are responsible for implementing New Jersey's general program of voter registration list maintenance from November 2022 through receipt of this letter, including those responsible officials not employed by your office (such as local election officials) who are also involved in that effort.  Please also provide a description of the steps that you have taken, and when those steps were taken, to ensure that the state's list maintenance program has been properly carried out in full compliance with the NVRA.

The NVRA requires each state and the District of Columbia to make available for inspection "all records concerning the implementation of programs and activities conducted for the purpose of ensuring the accuracy and currency of official lists of eligible voters." 52 U.S.C. § 20507(i)(1).  Section 11 of the NVRA authorizes the Attorney General to bring NVRA enforcement actions.  *See* 52 U.S.C. § 20510.

Pursuant to Section 20507(i) of the NVRA, the Attorney General requests that you produce for inspection the following records:

The current electronic copy of New Jersey's computerized statewide voter registration list ("statewide voter registration list") as required by Section 303(a) of the Help America Vote Act. Please include all fields contained within the list. Please produce each list in a .xls, .csv, or delimited-text file format.  Please specify what delimiter is used, if applicable, or provide a file layout along with a database user manual, coding list, or other materials that define or explain how a voter record is coded into the statewide voter registration list and reported in the electronic copy of the statewide voter registration list.

Additionally, please provide the following information in electronic form.  The time period for these requests is close of registration for the November 2022 general election through the close of registration for the November 2024 general election, the same time period as the most recent report from the Election Assistance Commission's Election Administration and Voting Survey ("EAVS").  If you are unable to provide the data, please explain why the data is not available.

1. A review of the most recent report from EAVS indicates that in response to Question A1b, there are nearly as many active registered voters as the citizen voting age population in New Jersey, with a registration rate of 94.8 percent of the citizen voting age population. Please explain what actions New Jersey is taking to ensure that voters who should not be on the voter roll are being removed.

2. In the EAVS data for Question A8, New Jersey reported that it rejected 348,340 ballots as invalid, which is more than three times the national average.  Please explain the process for determining whether a ballot should be rejected as invalid for each registration source listed in the survey.

3. In the EAVS data for Question A10a, New Jersey reported that 417,183 confirmation notices were sent to voters, which is 6.9 percent of all active registered voters and well below the national average of 19.5 percent. The county data for sent confirmation notices shows that no county in New Jersey met the national rate for confirmation notices sent. Please explain the reasons for sending confirmation notices and why New Jersey sent confirmation notices to so few registered voters.

4. New Jersey reported no data for Questions A10b through A10f, which track the outcome of confirmation notices that were mailed to registrants. Please provide the data for each county in New Jersey for Questions A10b through A10f.

5. In response to Question A12a, New Jersey reported that 287,971 voter registration records were removed from the voter registration rolls, which is 4.3 percent of all registered voters and well below the national average of 9.1 percent.  Fifteen of New Jersey's twenty-one counties reported a removal rate of less than 5 percent. Please explain what actions the state is taking to ensure that voters who should not be on the voter roll are being removed.

6. In the EAVS data for Question A12h, New Jersey reported that 2,866 duplicate voter registration records were removed from the voter registration rolls, which is 1 percent of all removed registration records and well below the national average of 8.1 percent. If duplicate registrations were merged or linked with another record, please provide that information. Additionally, please explain New Jersey's process for determining duplicates and what happens to the duplicate registrations that are identified.

Please provide a description of the steps that New Jersey has taken, and when those steps were taken, to identify registered voters who are ineligible to vote as well as the procedures the state used to remove those ineligible voters from the registration list. Please identify the number of

registered voters identified as ineligible to vote for the time period of the close of registration for the November 2022 general election through present for each of the following reasons:

1. Non-citizen

2. Adjudicated incompetent

3. Felony conviction

For each of those voters identified in categories 1-3 above, provide their registration information on the statewide voter registration list, including their vote history.

Please provide this information within 14 days of the date of this letter. The information and materials may be sent by encrypted email to voting.section@usdoj.gov or via the Department's secure file-sharing system, Justice Enterprise File Sharing (JEFS).

Should further clarification be required, please contact Maureen Riordan at maureen.riordan2@usdoj.gov. We look forward to your assistance in advance.

Sincerely,

Michael E. Gates
Deputy Assistant Attorney General
Civil Rights Division


Maureen Riordan
Acting Chief, Voting Section
Civil Rights Division

cc: Donna Barber
Director, Division of Elections
P.O. Box 304
Trenton, NJ 08625
donna.barber@sos.nj.gov

3