# EXHIBIT 2

## Barber, Donna [DOS]

| | |
|---|---|
| **From:** | Barber, Donna [DOS] |
| **Sent:** | Tuesday, July 29, 2025 7:46 PM |
| **To:** | Voting Section (CRT) |
| **Subject:** | RE: Please see the attached correspondence |

Please be advised the Division of Elections is in receipt of your July 15, 2025 correspondence and requests for New Jersey's statewide voter registration list and for information relating to New Jersey's Election Assistance Commission's Election Administration and Voting Survey.  Enclosed please find a link to the current voter registration list for New Jersey: REDACTED REDACTED    As to the remainder of your requests, the Division continues to review your correspondence and respectfully requests a 30-day extension of time to respond.

Thank you for your courtesies.

Donna Barber
Executive Director
New Jersey Division of Elections
P.O. Box 304
Trenton, NJ 08625-0304
Tel: (609) 292-3760
Fax: (609) 777-1280


**From:** Voting Section (CRT) <Voting.Section@usdoj.gov>
**Sent:** Tuesday, July 15, 2025 5:54 PM
**To:** SOS, Feedback [DOS] <Feedback.SOS@sos.nj.gov>; Lieutenant Governor [gov] <Lieutenant.Governor@nj.gov>
**Cc:** Barber, Donna [DOS] <Donna.Barber@sos.nj.gov>
**Subject:** [EXTERNAL] Please see the attached correspondence

---

**\*\*\* CAUTION \*\*\***

This message came from an **EXTERNAL** address (Voting.Section@usdoj.gov). **DO NOT** click on links or attachments unless you know the sender and the content is safe.
**New Jersey State Government Employees Should Forward Messages That May Be Cyber Security Risks To** PhishReport@cyber.nj.gov.

---

Dear Lieutenant Governor Way,

Please see the attached correspondence. If you would like to send responsive materials via the Department's secure file-sharing platform, Justice Enterprise File Sharing (JEFS), please let us know and we will send you instructions. Thank you.

**Voting Section**
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave NW- 4CON
Washington, D.C. 20530

1