# EXHIBIT 6

**From:** Vandenberg, David (CRT) <David.Vandenberg@usdoj.gov>
**Sent:** Monday, December 1, 2025 2:34 PM
**To:** Steven Gleeson <Steven.Gleeson@law.njoag.gov>
**Subject:** [EXTERNAL] RE: MOU to protect voter information

Mr. Gleeson:

I have attached a generic data-sharing agreement, based on ones DOJ has in place with other states.  This was recently updated to the current form.

Please contact me, if you have any questions or concerns.

Best regards,

**David D. Vandenberg**
Trial Attorney
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., NW 4CON
Washington, D.C.  20530
Tel. (202) 307-2767
David.Vandenberg@usdoj.gov



**From:** Steven Gleeson <Steven.Gleeson@law.njoag.gov>
**Sent:** Monday, December 1, 2025 2:30 PM
**To:** Vandenberg, David (CRT) <David.Vandenberg@usdoj.gov>
**Subject:** [EXTERNAL] MOU to protect voter information

Mr. Vandenberg:

1

I'm following up on our conversation earlier this afternoon. You had mentioned that DOJ entered into a memorandum of understanding with at least one other state – North Carolina – with perhaps more to follow for the protection of confidential voter information following production of statewide voter registration rolls. You asked if that would allay the State's concerns with producing such a list.

Could you please send me a copy of the MOU that DOJ and North Carolina signed? I can then pass it along for review and consideration. Thank you.

**Steven M. Gleeson, DAG**
Assistant Section Chief
Community Affairs, State & Elections
New Jersey Department of Law & Public Safety
Division of Law
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, New Jersey 08625-0112
(T) (609) 376-2955
(F) (609) 633-8702
(E) Steven.Gleeson@law.njoag.gov

CONFIDENTIALITY NOTICE The information contained in this communication from the Office of the New Jersey Attorney General is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the Office of the Attorney General at (609) 292-4925 to arrange for the return of this information.