# EXHIBIT 8

| | |
|---|---|
| **From:** | Neff, Eric (CRT) |
| **To:** | Daniel Dryzga; Liza Fleming |
| **Subject:** | [EXTERNAL] Follow Up email |
| **Date:** | Friday, December 19, 2025 3:30:37 PM |
| **Attachments:** | image001.png |

Dan and Liza,

Thank you for speaking with me today and listening to the DOJ's position in detail. While our call certainly had more detail than this email will, I think we all agree this will help you in your discussions internally if I memorialize some of the positions I expressed on our call in bullet point form here.  This is loosely structured off of your Dec. 8 letter to our office:

- The last 4 of SSN and/or DL is necessary for accuracy purposes.
- Our global position regarding privacy concerns is that 1. We will always comply with federal law, including the Privacy Act. 2. We take enormous precautions in all things we do to protect privacy as part of routine procedure 3. To the extent a State agency believes a State law is in conflict with our election maintenance obligations under federal law, federal law preempts.
- The MOU was constructed as an offer to all states if that individual state feels it is in their state's interest to sign it. We take no position on it other than we agree with the multiple states that have taken the position it is not necessary to sign in order to facilitate the data transfer. For multiple reasons, it cannot be redlined in any fashion.
    - SORNS are internal policies that are based on federal law and regulations and best practices.  While we will continue to comply with federal law regardless, we cannot make any promises or predictions as to what the SORNS will be at any point in time.  They are publicly available as they currently stand on our website.
- We believe the basis and purpose as part of a CRA request is a nonreviewable matter that requires nothing more than a basic assertion, which can be applied to both the basis and the purpose.  In this case, it is our voter list maintenance obligations under federal law.
- As for data sharing with other agencies, this folds back into our position before that we are going to at all times comply with all federal laws.

Let me know when I can expect a response from your office.

Best,
Eric

**Eric Neff**
Acting Chief
Civil Rights Division, Voting Section
Department of Justice
150 M St. NE, Ste. 8-139
Washington, DC 20002

Eric.Neff@usdoj.gov
Cell: 202-532-3628

