# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Dr. DALE G. CALDWELL, in his official capacity as LIEUTENANT GOVERNOR and SECRETARY OF STATE of NEW JERSEY,<br><br>Defendant. | Case No. 3:26-cv-2025-ZNQ-JTQ<br><br><br>**ORDER**<br><br>**Granting *Pro Hac Vice* Admission of Abha Khanna, Esq.** |

This matter having been brought before this Court on a motion for admission *pro hac vice*, and this Court having reviewed the moving papers of the applicant, ABHA KHANNA, and considered this matter pursuant to Fed. R. Civ. Proc. 78, and L. Civ. R. 101.1(c), and good cause having been shown; it is

**ORDERED** that ABHA KHANNA be permitted to appear *pro hac vice,* provided that pursuant to Local Civil Rule 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders, and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file paper, enter appearances for parties, sign stipulations, or sign and receive payment on judgments, decrees or orders; and it is further

1

**ORDERED** that ABHA KHANNA make all required payments to the New Jersey Lawyers' Fund for Client Protection in accordance with Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2(a), and shall continue to make payment, or cause payment to be made, for each calendar year in which Ms. Khanna continues to represent Make the Road New Jersey, Jamie Y. Ding, and Danielle Litwak, before this Court; and it is further

**ORDERED** that ABHA KHANNA shall pay the $250.00 fee required by Local Civil Rule 101.1(c)(3) for *pro hac vice* admission to the Clerk, United States District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order; and it is further

**ORDERED** that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey.

**IT IS SO ORDERED.**

_____
Honorable Justin T. Quinn U.S.M.J.

Dated this_8th____ day of May, 2026.

2