DNJ-CMECF-002 (Rev. 6/2025)

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s),<br><br>v.<br><br>DR. DALE G. CALDWELL, et al.<br>Defendant(s) | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**<br><br>Civil Action No.  3:26-cv-02025-ZNQ-JTQ |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1.   An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2.   If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name:   Ari Savitzky

Firm:   American Civil Liberties Union Foundation

Address:   125 Broad St

New York, NY 10004

Email:   asavitzky@aclu.org

Phone:   (212) 549-2500

Admitted on behalf of:   Intervenor-Defendants the League of Women Voters of NJ,

Latino Action Network, and Maungsai Somboon