**U.S. Department of Justice**

Civil Rights Division

*Voting Section*
*150 M St, NE*
*Washington, DC 20002*

May 14, 2026

**Via CM/ECF System**

The Honorable Zahid N. Quraishi
United States District Judge
The Honorable Justin T. Quinn
United States Magistrate Judge
District of New Jersey
Clarkson S. Fisher Federal Building
402 East State Street
Trenton, NJ 08608

      Re: *United States v. Caldwell*, No. 3:26-cv-02025-ZNQ-JTQ
         Notice of Intent to File a Consolidated Brief

Dear Judges Quraishi and Quinn:

      The Court's scheduling order, ECF No. 47, instructed the United States to file a letter advising the Court whether it intends to file a consolidated response to the Motions to Dismiss and Opposition to the Motion to Compel filed by the Defendant and Intervenor Defendants (ECF Nos. 50, 56, 57, and 59).

      The United States hereby informs the Court that it will file one consolidated brief responding to all issues raised by the other parties. The United States believes its briefing can be concluded within the 40-page limit set forth by L. Civ. Rule 7.2(b), but in an abundance of caution given the number of briefs filed, requests leave to file a consolidated brief not exceeding 50 pages.

                       Respectfully submitted,

                       /s/ *Christopher J. Gardner*
                       Christopher J. Gardner
                       Trial Attorney, Voting Section
                       Civil Rights Division