Thomas P. Wolf
**BRENNAN CENTER FOR JUSTICE
AT NYU SCHOOL OF LAW**
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
wolft@brennan.law.nyu.edu

*Counsel for Proposed Amici
Curiae Brennan Center for Justice
and Campaign Legal Center*

*Additional counsel listed on
next page*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **United States of America,** | No. 3:26-cv-2025 (ZNG)(JTQ) |
| *Plaintiff,* | Motion Day: June 15, 2026 |
| v. | |
| **Dr. Dale G. Caldwell**, in his official capacity as Lieutenant Governor and Secretary of State of New Jersey; | |
| *Defendant.* | |

NOTICE OF MOTION FOR LEAVE TO FILE A BRIEF AS *AMICI CURIAE* IN
SUPPORT OF LIEUTENANT GOVERNOR DALE G. CALDWELL'S
MOTION TO DISMISS

Justin Lam\*
**BRENNAN CENTER FOR JUSTICE AT
NYU SCHOOL OF LAW**
777 6th Street NW, Suite 1100
Washington, DC 20001
(202) 249-7190
lamju@brennan.law.nyu.edu

Sejal Jhaveri\*
**CAMPAIGN LEGAL CENTER**
1101 14th St. NW, Suite 400
Washington, DC 20005
(202) 736-2200
sjhaveri@campaignlegalcenter.org

*\*Application for pro hac vice forthcoming*

The Brennan Center for Justice and Campaign Legal Center, through undersigned counsel, shall move before this court, on a date and time to be designated by it, for an order permitting leave to submit a brief as *amici curiae* in support of Lieutenant Governor Caldwell's Motion to Dismiss, Dkt. No. 50.

In support of this Motion, the Brennan Center for Justice and Campaign Legal Center rely on an accompanying memorandum of law, which is attached as Exhibit 1 to this motion. The proposed *amici curiae* brief is attached as Exhibit 2 to this motion. No counsel for any party authored the *amici curiae* brief in whole or in part, no such counsel or party made a monetary contribution to fund the preparation or submission of the brief, and no one other than the *amici curiae* and their counsel made any monetary contribution. A proposed order granting the Motion is attached as Exhibit 8.

Prior to filing, the Brennan Center for Justice and Campaign Legal Center attempted to meet and confer with the parties. The United States did not provide a position. The following parties do not oppose the motion: Defendant Dr. Dale G. Caldwell; proposed intervenor-defendants Make the Road New Jersey, Jamie Y. Ding, and Danielle Litwak; proposed intervenor-defendants the NAACP, the NAACP New Jersey State Conference, Salvation and Social Justice, AAPI New Jersey, People's Organization for Progress, Returning Citizens Support Group, Garden State Bar

Association, the New Jersey Muslim Lawyers Association, the Association of Black Women Lawyers of New Jersey, and Edwin Ortiz; and proposed intervenor-defendants the League of Women Voters of New Jersey, Latino Action Network, and Maungsai Somboon.

Respectfully submitted,

Dated: May 18, 2026

s/  Thomas P. Wolf
Thomas P. Wolf

Sejal Jhaveri*
**CAMPAIGN LEGAL CENTER**
1101 14th St. NW, Suite 400
Washington, DC 20005
(202) 736-2200
sjhaveri@campaignlegalcenter.org

Thomas P. Wolf
**BRENNAN CENTER FOR JUSTICE**
**AT NYU SCHOOL OF LAW**
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
wolft@brennan.law.nyu.edu

Justin Lam*
**BRENNAN CENTER FOR JUSTICE**
**AT NYU SCHOOL OF LAW**
777 6th Street NW, Suite 1100
Washington, DC 20001
(202) 249-7190
lamju@brennan.law.nyu.edu

*Attorneys for Amici Curiae*
*Brennan Center for Justice and*
*Campaign Legal Center*

*Applications for pro hac vice*
*admission forthcoming*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2026, I electronically transmitted the above document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.


Dated: May 18, 2026                    s/  Thomas P. Wolf
_____

                                       Thomas P. Wolf

- 4 -