

May 19, 2026

Hon. Justin T. Quinn, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> Re: *United States v Caldwell*
> Case No. 3:26-cv-2025 (ZNQ-JTQ)

Dear Judge Quinn:

On behalf of proposed *amici curiae* the Brennan Center for Justice at NYU School of Law and Campaign Legal Center, I submit this letter application seeking the *pro hac vice* admissions of Justin Lam and Sejal Jhaveri.

The United States takes no position on these admissions. The following parties consent: Defendant Dr. Dale G. Caldwell; proposed intervenor-defendants Make the Road New Jersey, Jamie Y. Ding, and Danielle Litwak; proposed intervenor-defendants the NAACP, the NAACP New Jersey State Conference, Salvation and Social Justice, AAPI New Jersey, People's Organization for Progress, Returning Citizens Support Group, Garden State Bar Association, the New Jersey Muslim Lawyers Association, the Association of Black Women Lawyers of New Jersey, and Edwin Ortiz; and proposed intervenor-defendants the League of Women Voters of New Jersey, Latino Action Network, and Maungsai Somboon.

Under your honor's posted Civil Case Management Order, I am attaching to this letter certifications of Mr. Lam and Ms. Jhaveri attesting to their bar admissions and good standing; my respective certifications stating that I will be responsible for their conduct in this matter and will otherwise comply with L. Civ. R. 101.1(c); and proposed forms of order.

Thank you very much for your consideration of this application.

Respectfully submitted,

 s/   Thomas P. Wolf
 Thomas P. Wolf

*Attorney for Proposed Amici Curiae Brennan Center for Justice and Campaign Legal Center*