UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **United States of America,** | No. 3:26-cv-2025 (ZNG)(JTQ) |
| *Plaintiff,* | |
| v. | **CERTIFICATION IN SUPPORT OF** *PRO HAC VICE* **ADMISSION** |
| **Dr. Dale G. Caldwell**, in his official capacity as Lieutenant Governor and Secretary of State of New Jersey; | |
| *Defendant.* | |

I, Sejal Jhaveri, certify as follows:

1. I submit this certification in support of the motion to admit me as a counsel for Proposed *Amici Curiae* the Brennan Center for Justice at NYU School of Law and Campaign Legal Center *pro hac vice* for all purposes in the above-captioned action.

2. I am an attorney licensed to practice law in the District of Columbia. I am an attorney at Campaign Legal Center.

3. Pursuant to L. Civ. R. 101.1(c), I am admitted to practice law before and am a member in good standing of the bar of the courts listed in the table below.

- 1 -

| Court | Admission Date | Attorney Rolls Maintained By |
|---|---|---|
| New York Bar | 01/21/2020 | NYSBA Bar Center, 1 Elk Street, Albany, NY 12207 |
| District of Columbia Bar | 03/10/2026 | Julio A. Castillo, Clerk, D.C. Court of Appeals, 901 4th Street, NW, Washington, DC 20001 |
| U.S. Court of Appeals for the Sixth Circuit | 06/14/2017 | Office of the Clerk, 540 Potter Stewart U.S. Courthouse, 100 E. Fifth Street, Cincinnati, OH 45202 |
| U.S. Court of Appeals for the Ninth Circuit | 04/24/2026 | Office of the Clerk, The James R. Browning Courthouse, 95 7th St., San Francisco, CA 94103 |
| U.S. Court of Appeals for the Fourth Circuit | 05/10/2017 | Office of the Clerk, 1100 East Main Street, Suite 501 Richmond, VA 23219 |
| U.S. District Court for the District of Columbia | 05/04/2026 | Clerk's Office, Room 1225, 333 Constitution Ave, NW, Washington, DC 20001 |
| U.S. District Court for the Western District of Michigan | 10/31/2025 | Clerk's Office, 113 Federal Bldg, 315 W Allegan St., Lansing, MI 48933 |
| U.S. District Court for the Southern District of Ohio | 08/09/2017 | Office of the Clerk, Potter Stewart U.S. Courthouse, Room 103, 100 East Fifth St., Cincinnati, OH 45202 |
| NYS, Appellate Division of the Supreme Court, Third Judicial Department | 01/21/2016 | Robert D. Mayberger, Admissions Office, P.O. Box 7350, Capitol Station, Albany, NY 12224 |

4.    I am not under suspension or disbarment by any court, nor are there any pending disciplinary proceedings against me in any state or federal court. No discipline has previously been imposed on me in any jurisdiction.

5.    I have reviewed the Local Rules of the United States District Court for the District of New Jersey and will comply with all said rules, including all disciplinary rules. I also agree to abide by the provisions set forth in Local Civil Rule 101.l(c). I further agree to submit to this Court's jurisdiction for purposes of any disciplinary proceedings.

6.    I will make the required payment to the New Jersey Lawyer's Fund for Client Protection and will comply with the requirements of the New Jersey Court Rules 1:20-l(b), 1:21-1 and 1:28-2.

7.    I will make the required payment of $250.00 to the Clerk, United States District Court.

WHEREFORE, I respectfully request that I be admitted *pro hac vice* to represent Proposed *Amici Curiae* in the above-captioned action in this Court.

I hereby certify under penalty of perjury that the foregoing statements are true and correct.

- 4 -

Respectfully submitted,

Dated: May 19, 2026

s/ *Sejal Jhaveri*

Sejal Jhaveri
**CAMPAIGN LEGAL CENTER**
1101 14th St. NW, Suite 400
Washington, DC 20005
(202) 736-2200
sjhaveri@campaignlegalcenter.org