Thomas P. Wolf
**BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW**
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
wolft@brennan.law.nyu.edu

*Attorney for Proposed Amici Curiae Brennan Center for Justice and Campaign Legal Center*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **United States of America,**<br>*Plaintiff,*<br>v.<br>**Dr. Dale G. Caldwell**, in his official capacity as Lieutenant Governor and Secretary of State of New Jersey;<br>*Defendant.* | No. 3:26-cv-2025 (ZNG)(JTQ)<br>**CERTIFICATION OF THOMAS P. WOLF IN SUPPORT OF APPLICATION OF SEJAL JHAVERI TO APPEAR *PRO HAC VICE*** |

I, Thomas P. Wolf, certify as follows:

1. I am Director of Democracy Initiatives for the Brennan Center for Justice at NYU School of Law and counsel for Proposed Amici Curiae the Brennan Center for Justice at NYU School of Law and Campaign Legal Center in the above-captioned matter.

2. I am a member in good standing of the Bar of the State of New Jersey and the United States District Court of the District of New Jersey. I have never been disciplined by any court before which I have appeared, and I have no disciplinary proceedings pending against me in any jurisdiction.

3. I respectfully submit this certification in support of the motion of Proposed *Amici Curiae* to permit Sejal Jhaveri, Senior Legal Counsel at Campaign Legal Center and a member in good standing of the Bar of the District of Columbia, to appear as counsel *pro hac vice* for all purposes in this action. The certification of Ms. Jhaveri demonstrates her qualifications and credentials for admission *pro hac vice*.

4. I will be responsible for the conduct of Ms. Jhaveri in this case.

5. I, or other co-counsel who are admitted to the District of New Jersey, will enter all appearances before this Court on behalf of Proposed *Amici Curiae* in this case.

6. I, or other co-counsel who are admitted to the District of New Jersey, will sign all pleadings, moving papers, and other submissions filed in this case on behalf of Proposed *Amici Curiae*.

7. I have read and will comply with Local Civil Rule 101.1(c) of the United States Court for the District of New Jersey.

8. WHEREFORE, Proposed *Amici Curiae* respectfully request that this Court enter the proposed order submitted herewith approving the admission *pro hac vice* of Sejal Jhaveri.

I hereby certify under penalty of perjury that the foregoing statements are true and correct.

Respectfully submitted,

Dated: May 19, 2026

s/ Thomas P. Wolf
Thomas P. Wolf

Thomas P. Wolf
**BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW**
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
wolft@brennan.law.nyu.edu

*Attorney for Proposed Amici Curiae Brennan Center for Justice and Campaign Legal Center*