UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **United States of America,**<br>*Plaintiff,*<br>v.<br>**Dr. Dale G. Caldwell**, in his official capacity as Lieutenant Governor and Secretary of State of New Jersey;<br>*Defendant.* | No. 3:26-cv-2025 (ZNG)(JTQ)<br>**[PROPOSED] ORDER ADMITTING COUNSEL *PRO HAC VICE*** |

**THIS MATTER** having been brought before the Court by Thomas P. Wolf ("movant"), attorney for Proposed *Amici Curiae* Brennan Center for Justice and Campaign Legal Center, on application for an Order allowing Sejal Jhaveri, Esq. ("counsel"), to appear and participate *pro hac vice* [Docket Entry No. ____]; and the Court having considered the moving papers;

It is on this ______________ day of ________________, 2026

**ORDERED** that Sejal Jhaveri is a member in good standing of the Bar of the District of Columbia, is granted permission to appear *pro hac vice* in the above-captioned matter on behalf of Proposed Amici Campaign

Legal Center and the Brennan Center for Justice pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by movant, or other co-counsel who are admitted to the Bar of this Court, and movant shall be held responsible for said papers and for the conduct of the case and will be held responsible for the conduct of counsel admitted hereby; and it is further

**ORDERED** that counsel shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within thirty (30) days from the date of the entry of this order, unless previously paid for the current calendar year; and it is further

**ORDERED** that counsel shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

**ORDERED** that counsel shall make payment of $250.00 to the Clerk of the United States District Court for the District of New Jersey in accordance with L. Civ. R. 101.1(c)(3), as amended, within twenty (20) days of the date of the entry of this Order; and it is further

**ORDERED** that counsel may file a request with the Clerk of Court, the form of which is available at the Court's website, to receive electronic notifications in this matter.

IT IS SO ORDERED:

DATED this _______________ day of ________________, 2026.

______________________________
Hon. Justin T. Quinn, U.S.M.J.