UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**United States of America,**

*Plaintiff*,

v.

**Dr. Dale G. Caldwell**, in his official capacity as Lieutenant Governor and Secretary of State of New Jersey;

*Defendant.*

No. 3:26-cv-2025 (ZNG)(JTQ)

**CERTIFICATION IN SUPPORT OF *PRO HAC VICE* ADMISSION**

I, Justin Lam, certify as follows:

1. I submit this certification in support of the motion to admit me as a counsel for Proposed *Amici Curiae* the Brennan Center for Justice at NYU School of Law and Campaign Legal Center *pro hac vice* for all purposes in the above-captioned action.
2. I am an attorney licensed to practice law in the District of Columbia. I am an attorney at the Brennan Center for Justice at NYU School of Law.
3. Pursuant to L. Civ. R. 101.1(c), I am admitted to practice law before and am a member in good standing of the bar of the courts listed in the table below.

| Court | Admission Date | Attorney Rolls Maintained By |
|---|---|---|
| District of Columbia | 01/04/2022 | District of Columbia Court of Appeals, Office of the Clerk / Committee on Admissions, 430 E St. NW, Washington, DC 20001 |
| Supreme Court of the United States | 02/24/2026 | Clerk of Court, Supreme Court of the United States, 1 First St. NE, Washington, DC 20543 |
| U.S. District Court for the District of Columbia | 04/06/2026 | Clerk's Office, E. Barrett Prettyman United States Courthouse 333 Constitution Avenue NW Washington, DC 20001 |
| U.S. Court of Appeals for the Ninth Circuit | 05/01/2026 | Clerk of Court, U.S. Court of Appeals for the Ninth Circuit James R. Browning U.S. Courthouse, 95 Seventh St., San Francisco, CA 94103 |

4. I am not under suspension or disbarment by any court, nor are there any pending disciplinary proceedings against me in any state or federal court. No discipline has previously been imposed on me in any jurisdiction.

5. I have reviewed the Local Rules of the United States District Court for the District of New Jersey and will comply with all said rules, including all disciplinary rules. I also agree to abide by the

provisions set forth in Local Civil Rule 101.l(c). I further agree to submit to this Court's jurisdiction for purposes of any disciplinary proceedings.

6. I will make the required payment to the New Jersey Lawyer's Fund for Client Protection and will comply with the requirements of the New Jersey Court Rules 1:20-l(b), 1:21-1 and 1:28-2.

7. I will make the required payment of $250.00 to the Clerk, United States District Court.

WHEREFORE, I respectfully request that I be admitted *pro hac vice* to represent Proposed Amici Curiae in the above-captioned action in this Court.

I hereby certify under penalty of perjury that the foregoing statements are true and correct.

Respectfully submitted,

Dated: May 19, 2026

s/ Justin Lam
Justin Lam

Justin Lam
**BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW**
777 6th Street NW, Suite 1100
Washington, DC 20001
(202) 249-7190
lamju@brennan.law.nyu.edu