Thomas P. Wolf
**BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW**
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
wolft@brennan.law.nyu.edu

*Attorney for Proposed Amici Curiae Brennan Center for Justice and Campaign Legal Center*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **United States of America,**<br>*Plaintiff,*<br>v.<br>**Dr. Dale G. Caldwell**, in his official capacity as Lieutenant Governor and Secretary of State of New Jersey;<br>*Defendant.* | No. 3:26-cv-2025 (ZNG)(JTQ)<br><br>**CERTIFICATION OF THOMAS P. WOLF IN SUPPORT OF APPLICATION OF JUSTIN LAM TO APPEAR *PRO HAC VICE*** |

I, Thomas P. Wolf, certify as follows:

1. I am Director of Democracy Initiatives for the Brennan Center for Justice at NYU School of Law and counsel for Proposed *Amici Curiae* the Brennan Center for Justice at NYU School of Law and Campaign Legal Center in the above-captioned matter.

2. I am a member in good standing of the Bar of the State of New Jersey and the United States District Court of the District of New Jersey. I have never been disciplined by any court before which I have appeared, and I have no disciplinary proceedings pending against me in any jurisdiction.

3. I respectfully submit this certification in support of the motion of Proposed *Amici Curiae* to permit Justin Lam, Counsel at the Brennan Center for Justice at NYU School of Law, and a member in good standing of the Bar of the District of Columbia, to appear as counsel *pro hac vice* for all purposes in this action. The certification of Mr. Lam demonstrates his qualifications and credentials for admission *pro hac vice.*

4. I will be responsible for the conduct of Mr. Lam in this case.

5. I, or other co-counsel who are admitted to the District of New Jersey, will enter all appearances before this Court on behalf of Proposed *Amici Curiae* in this case.

6. I, or other co-counsel who are admitted to the District of New Jersey, will sign all pleadings, moving papers, and other submissions filed in this case on behalf of Proposed Amici Curiae.

7. I have read and will comply with Local Civil Rule 101.1(c) of the United States Court for the District of New Jersey.

8. WHEREFORE, Proposed *Amici Curiae* respectfully request that this Court enter the proposed order submitted herewith approving the admission *pro hac vice* of Justin Lam.

I hereby certify under penalty of perjury that the foregoing statements are true and correct.

Respectfully submitted,

Dated: May 19, 2026

s/ Thomas P. Wolf
Thomas P. Wolf

Thomas P. Wolf
**BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW**
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
wolft@brennan.law.nyu.edu

*Attorney for Proposed Amici Curiae Brennan Center for Justice and Campaign Legal Center*