# HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

ATTORNEYS AT LAW / A PROFESSIONAL CORPORATION

1415 Route 70 East
Suite 405
Cherry Hill, NJ 08034
856.616.2170/facsimile

www.hangley.com

PHILADELPHIA, PA

CHERRY HILL, NJ

PLYMOUTH MEETING, PA

**Jason A. Levine**
**Managing New Jersey Attorney**

**Jason A. Levine**
**Direct Dial: 215.496.7038**
**E-mail: jlevine@hangley.com**

June 9, 2026

**<u>Via ECF</u>**

The Honorable Zahid N. Quraishi
The Honorable Justin T. Quinn
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building
402 East State Street
Trenton, NJ 08608

Re:    ***United States v. Caldwell***, No. 3:26-cv-02025-ZNQ-JTQ
       <u>**Request to File Overlength Reply Brief**</u>

Dear Judges Quraishi and Quinn:

This firm represents Defendant Dale G. Caldwell in his official capacity as Secretary of the State of New Jersey. On May 26, 2026, Plaintiff filed its consolidated reply in support of its motion to compel and response in opposition to Dr. Caldwell's and Intervenor-Defendants' respective motions to dismiss ("Plaintiff's Opposition Brief") (ECF 79). As contemplated by the Court's Order dated April 23, 2026 (ECF 47 ¶ 2.c), and consistent with the request set forth in Plaintiff's letter dated May 14, 2026 (ECF 69), Plaintiff's brief exceeded the default page limit under the Local Civil Rules. *See* L. Civ. R. 7.2(b), (d) (30-page limit for briefs in 12-point Times New Roman).

Defendant's reply brief is due on June 15, 2026. (*See* ECF 47 ¶ 2.e.) Given the length of Plaintiff's Opposition Brief and the number of issues to address in his reply,[1]

---

[1] These issues include, for example, whether the Federal Rules of Civil Procedure apply to this proceeding; whether the records demanded by Plaintiff are within the scope of records subject to Title III of the Civil Rights Act of 1960; whether Plaintiff

footnote cont'd on next page

The Honorable Zahid N. Quraishi
The Honorable Justin T. Quinn
June 9, 2026
Page 2

Defendant respectfully requests leave to file a reply brief of no more than twenty (20) pages (in 14-point typeface).

Plaintiff has advised that it takes no position on this request, and the three groups of Intervenor-Defendants do not oppose this request.

I have included a "So Ordered" line below for the Court's consideration.

Respectfully,

Jason A. Levine

cc:   Counsel of Record (via ECF)

SO ORDERED: _____

---

stated a legally sufficient basis and purpose for its demand; whether Plaintiff stated the actual basis and purpose for its demand; whether the federal election statutes invoked by Plaintiff entitle it to registrants' personally identifiable information that must be redacted under New Jersey law; and whether certain federal privacy laws bar Plaintiff from collecting the information it demands.