IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                       Civil Case No. 3:26-CV-2025-ZNQ

CALDWELL, et al.

      Defendants.

**NOTICE OF WITHDRAWAL OF COUNSEL**

Counsel of record for the United States Eric Neff files this notice of withdrawal as counsel for the United States on behalf of Brittany Bennett. Accordingly, Brittany Bennett should be removed from all future electronic case filing notices.

Dated July 21, 2026.

Respectfully submitted,

*/s Eric Neff*
ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division
950 Pennsylvania Ave, NW
Washington, DC 20530
(202) 532-3628
Eric.Neff@usdoj.gov