IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DR. DALE G. CALDWELL, in his official capacity as Lieutenant Governor and Secretary of State for the State of New Jersey, et al.<br><br>Defendants. | Case Number: 3:26-CV-2025-ZNQ-JTQ |

**UNITED STATES' NOTICE OF ADDITIONAL BASIS**

Plaintiff, UNITED STATES OF AMERICA, submits this Notice of Additional Basis pursuant to the Civil Rights Act of 1960, 52 U.S.C. § 20701, *et. seq.* On July 21, 2026, the Civil Rights Division of the U.S. Department of Justice sent Defendant a letter providing an additional basis for its demand ("Additional Basis Letter"). The Additional Basis Letter is attached to this filing as Exhibit 1. *See* Ex. 1.

The Civil Rights Division of the U.S. Department of Justice sent Defendant the Additional Basis Letter because the Civil Rights Division learned of Governor Mikie Sherrill's announcement on X on July 21, 2026, that "roughly 6,600 people who indicated that they were not U.S. citizens between June 2023 and June 2024" were in fact "registered … anyway" by New Jersey election processes—and roughly 400 of those people voted.[1] This announcement has received wide media coverage.[2] While it is currently unknown in which elections those noncitizens voted or whether

---

[1] https://x.com/GovSherrillNJ/status/2079602942722662725.

[2] *See, e.g.,* David Wildstein, *New Jersey Discloses 6,600 Non-Citizens Were on New Jersey Voter Rolls After Motor Vehicles Software Error in 2023 and 2024*, New Jersey Globe (July 21, 2026,

1

the ballots those noncitizens cast affected the outcome of any race,[3] Governor Sherrill

acknowledged in a press conference the seriousness of noncitizens voting in American elections.[4]

Dated this 21st day of July, 2026,

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

JESUS A. OSETE
Principal Deputy Assistant Attorney General
Civil Rights Division

/S/ ERIC V. NEFF_____
ERIC V. NEFF
Acting Chief, Voting Section
Christopher Gardner
Jonathon Hauenschild
Trial Attorneys
Voting Section, Civil Rights Division
150 M. Street NE, 8th Floor
Washington, D.C. 20002
Eric.Neff@usdoj.gov
202-812-2631
Attorneys for the United States

---

11:55 AM), https://newjerseyglobe.com/governor/new-jersey-admits-6600-non-citizens-were-on-new-jersey-voter-rolls-after-motor-vehicles-software-error/.

[3] Tracey Tully, *D.M.V. Error Led to 400 Noncitizens Voting in New Jersey, Governor Says*, New York Times (July 21, 2026, 1:08 PM), https://www.nytimes.com/2026/07/21/nyregion/noncitizen-voting-new-jersey-error.html.

[4] *See id.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 21, 2026, a true and correct copy of the foregoing document

was served via the Court's ECF system to all counsel of record.

/s/ *Eric V. Neff*
ERIC V. NEFF