

**U.S. Department of Justice**

Civil Rights Division

*Office of the Assistant Attorney General*
*Washington, D.C. 20530*

July 21, 2026

<u>Via Electronic Mail</u>

The Honorable Dale G. Caldwell
Lieutenant Governor and Secretary of State
P.O. Box 300
Trenton, NJ 08625
feedback@sos.nj.gov; lt.governor@nj.gov

Dear Lieutenant Governor and Secretary Caldwell:

The Civil Rights Division has requested an electronic copy of New Jersey's statewide voter registration list ("SVRL") pursuant to the Civil Rights Act of 1960, codified at 52 U.S.C. § 20701, *et seq.* The Division's letters dated July 15, 2025, and August 14, 2025, which collectively provide an adequate basis and purpose for the demand, are incorporated herein by reference. Your office has refused to produce the SVRL, and litigation over that decision is ongoing. *See United States v. Caldwell*, No. 3:26-cv-02025 (D.N.J.).

This correspondence provides an additional basis for the foregoing request. Today, the Governor of New Jersey announced that approximately 6,600 self-identified noncitizens were nevertheless registered to vote in New Jersey between June 2023 and June 2024. Indeed, approximately 400 of these noncitizens voted in New Jersey's elections. *See, e.g.*, Geoff Mulvihill, *6,600 noncitizens registered to vote after error in New Jersey motor vehicle system, governor says*, Associated Press (July 21, 2026, 3:18 PM), https://tinyurl.com/2env6rrp.

Based on this reporting, and in addition to the bases the Division has already provided to your office for the foregoing request, please produce the SVRL for the purpose stated in the August 14 letter: "to ascertain New Jersey's compliance with the list maintenance requirements" of the National Voter Registration Act of 1993 and the Help America Vote Act of 2002. The Division must also verify that no other noncitizens remain on New Jersey's voter rolls, in violation of federal law. *See, e.g.*, 18 U.S.C. §§ 611, 1015; 52 U.S.C. § 21144(b).

Regards,

Jesus A. Osete
Principal Deputy Assistant Attorney General

cc:    Donna Barber
Director, Division of Elections
P.O. Box 304
Trenton, NJ 08625
(via electronic mail at donna.barber@sos.nj.gov)

All Counsel of Record for Defendant Dale G. Caldwell in *United States v. Caldwell*, No. No. 3:26-cv-02025 (D.N.J.)