UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

Plaintiff,

v.

DR. DALE G. CALDWELL, *in his official capacity as Lieutenant Governor and Secretary of State of New Jersey*,

Defendant.

Civil Action No. 26-2025 (ZNQ) (JTQ)

ORDER

**QURAISHI, District Judge**

    **THIS MATTER** comes before the Court upon: (1) a Motion to Compel Federal Election Records under the Civil Rights Act of 1960 filed by Plaintiff United States of America ("Plaintiff") ("Motion to Compel," ECF No. 20); and (2) a Motion to Dismiss filed by Defendant Dr. Dale G. Caldwell, in his official capacity as Lieutenant Governor and Secretary of State of New Jersey ("Defendant") ("Motion to Dismiss," ECF No. 50).  For the reasons set forth in the accompanying Opinion,

    **IT IS** on this **29th** day of **JULY 2026**,

    **ORDERED** that Defendant's Motion to Dismiss (ECF No. 50) is **GRANTED**; it is further

    **ORDERED** that Plaintiff's Motion to Compel (ECF No. 20) is **DENIED AS MOOT**; it is further

    **ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**; and it is further

    **ORDERED** that the Clerk is instructed to mark this matter **CLOSED**.

                                           ZAHID N. QURAISHI
                                           UNITED STATES DISTRICT JUDGE